UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

James Gibson
                 Plaintiff,

v.                                                Case No.: 1:19–cv–04152
                                                Honorable Sara L. Ellis

City of Chicago, et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman to conduct a settlement conference and discuss general issues related to settlement. Status hearing set for 4/19/21 at 9:15 a.m. Prior to the status hearing, the Court respectfully requests that counsel consult the Court's standing order on settlement conferences and related materials in advance of the status hearing. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. The Court specifically requests that counsel must have available dates for all necessary parties in advance of the status hearing, and to the extent possible, consult with opposing counsel in an attempt to identify mutually convenient and feasible dates for the settlement conference. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.