IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GIBSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-4152 |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.17, Plaintiff's counsel Elizabeth Mazur moves for leave to withdraw her appearance of counsel, and in support states as follows:

1. On July 12, 2021, attorney Elizabeth Mazur filed an appearance as one of Plaintiff's co-counsel in this case. Doc. No. 194.

2. Ms. Mazur is no longer engaged as one of Plaintiff's co-counsel in this matter and therefore seeks leave to withdraw her appearance.

3. Plaintiff is still represented by several other counsel with appearances on file in this matter, and Ms. Mazur has worked with Plaintiff's other counsel to ensure that her transition off the case is as seamless as possible.

WHEREFORE, Elizabeth Mazur respectfully requests leave to withdraw her appearance as counsel for Plaintiff.

Respectfully Submitted,

/s/ Elizabeth Mazur
Attorney for the Plaintiff

Elizabeth Mazur
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 4000
Chicago, Illinois 60602
(312) 604-2726
emazur@hsplegal.com

**CERTIFICATE OF SERVICE**

I, Elizabeth Mazur, an attorney, certified that I served a copy of this pleading on all counsel of record by filing the same through the CM/ECF system.

/s/ Elizabeth Mazur