# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GIBSON, | ) |
| Plaintiff, | ) Case No. 19-cv-4152 |
| v. | ) |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on October 14, 2021 at 1:45pm I shall appear in front of Judge Sara L. Ellis in the Courtroom usually occupied by her at 219 S. Dearborn, Chicago, IL 60604 and present Plaintiff's Motion to Withdraw the Appearance of Counsel of Attorney Elizabeth Mazur

/s/ Elizabeth Mazur
Attorney for the Plaintiff

Elizabeth Mazur
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 4000
Chicago, Illinois 60602
(312) 604-2726
emazur@hsplegal.com

## CERTIFICATE OF SERVICE

I, Elizabeth Mazur, an attorney, certified that I served a copy of this notice on all counsel of record by filing the same through the CM/ECF system.

/s/ Elizabeth Mazur