**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

James Gibson
        Plaintiff,

v.               Case No.: 1:19–cv–04152
               Honorable Sara L. Ellis

City of Chicago, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 27, 2022:

  MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the 7/12/2022 ruling date on Amicus Chicago Business & Civic Leaders' motion for leave to file amicus curiae brief [242]. The Court will rule on that motion concurrently with Plaintiff's motion for partial summary judgment [230]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.