UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

James Gibson
                      Plaintiff,

v.                                                    Case No.: 1:19–cv–04152
                                                     Honorable Sara L. Ellis

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone hearing held on 7/6/222. Status hearing set for 10/5/2022 at 9:30 AM. The parties should file a joint status report by 9/28/2022 regarding the status of fact discovery, the status of settlement discussions and whether the parties would like a referral to the magistrate judge for a settlement conference, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery, the amicus motion for leave to file briefing, and summary judgment briefing, where applicable. The Court strikes Plaintiff's motion for partial summary judgment [230] and the amicus motion for leave to file [242]. The parties can refile these motions once the Court sets a summary judgment briefing schedule at the conclusion of fact discovery. The Court grants the parties' motions for extension of fact discovery [260], [262] as stated on the record and extends fact discovery through 9/30/222. The extension of fact discovery covers only those individuals identified in the parties' respective motions and does not preclude the parties from objecting to the depositions of those witnesses. The Court grants the parties' motion for discovery [266] as stated on the record. The Court grants the parties' motion for discovery [264] as stated on the record. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.