IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 4152 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation and former Chicago Police Officers ANTHONY MASLANKA, WILLIAM MOSER, JOHN E. BYRNE, LOUIS CAESAR, JOHN PALADINO, HENRY J. LEJA, JEROME RUSNAK, VICTOR BRESKA, ESTATE OF JOHN MCCANN, ESTATE OF JOHN M. MCCARTHY, ESTATE OF THOMAS PTAK, ESTATE OF PHILLIP COLLINS, ESTATE OF JOHN OMARA, and ESTATE OF JON BURGE, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Jeffrey I. Cummings<br><br>Magistrate M. David Weisman |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR A STAY PENDING RESOLUTION OF THEIR PETITION FOR A WRIT OF MANDAMUS**

Defendants City of Chicago, William Moser, Louis Caesar, Jerome Rusnak, Victor Breska, Anthony Maslanka, John Paladino, John Byrne, Phil Collins as Special Representative for the Estate of Phillip Collins, Susan McCann as Special Representative for the Estate of John McCann, Pam O'Mara as Special Representative for the Estate of John O'Mara, and the Estate of Jon Burge, by their respective attorneys, hereby withdraw their motion for a stay of proceedings pending resolution of their petition for a writ of mandamus (dkt. 423). In support thereof, Defendants state as follows:

1. Defendants moved for a stay of proceedings pending resolution by the Seventh Circuit of their petition for writ of mandamus. Dkt. 423.

2. Defendants' reply in support of their motion for a stay pending resolution of their petition for writ of mandamus is currently due July 2, 2024. Dkt. 424.

3. On July 1, 2024, the Seventh Circuit denied their petition for writ of mandamus. Dkt. 431.

4. Accordingly, Defendants hereby withdraw their motion for a stay pending resolution of their petition for writ of mandamus (dkt. 423).

Respectfully submitted,

VICTOR BRESKA
WILLIAM MOSER
JOHN PALADINO
JEROME RUSNAK
LOUIS CAESAR
SUSAN McCANN as Special Representative of the ESTATE OF JOHN McCANN
PHIL COLLINS as Special Representative of the ESTATE OF PHILLIP COLLINS
PAM O'MARA as Special Representative of the ESTATE OF JOHN O'MARA
JOHN BYRNE
ANTHONY MASLANKA
ESTATE OF JON BURGE

/s/ *Kelly Olivier*
Special Assistant Corporation Counsel

Andrew M. Hale
Shawn W. Barnett
Barrett Boudreaux
Kelly M. Olivier
Hale & Monico LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 870-6905
ahale@halemonico.com
sbarnett@halemonico.com
bboudreaux@halemonico.com
kolivier@halemonico.com

MARY B. RICHARDSON-LOWRY

Corporation Counsel of the City of Chicago

By: *s/ Daniel M. Noland*
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Burns Noland LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
T: 312-982-0090
F: 312-429-0644
dnoland@burnsnoland.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on **July 1, 2024**, I electronically filed the foregoing **Defendants' Notice of Withdrawal of Their Motion for a Stay Pending Resolution of Their Petition for a Writ of Mandamus** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

*/s/ Daniel M. Noland*