# PLAINTIFF EXHIBIT 13

```
                              JOHN PALADINO
                              June 16, 2022
```

          IN THE UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES GIBSON,                )
                             )
        Plaintiff,           )
                             )
        vs.                  )  No. 19-cv-4152
                             )
CITY OF CHICAGO, a municipal )
corporation, and former      )
Chicago Police Officers      )
ANTHONY MASLANKA, WILLIAM    )
MOSER, JOHN E. BYRNE, LOUIS  )
CAESAR, JOHN PALADINO, HENRY )
R. LEJA, JEROME RUSNAK,      )
VICTOR BRESKA, SUSAN McCANN  )
as Special Representative    )
for ESTATE OF PHILLIP        )
COLLINS, PAM O'MARA as       )
Special Representative for   )
ESTATE OF JOHN O'MARA, and   )
ESTATE OF JON BURGE,         )
                             )
        Defendants.          )


          The video recorded remote deposition of

JOHN PALADINO, via Zoom, called by the plaintiff

for examination, pursuant to notice, and pursuant

to the Rules of Civil Procedure for the District

Courts of the United States, taken before Patricia

A. Dusing, a Certified Shorthand Reporter within

and for the State of Illinois, on the 16th day of

June, 2022, at 10:00 A.M.

JOHN PALADINO
June 16, 2022

Page 2

```
1   REMOTE APPEARANCES:
2       ACTION INJURY LAW GROUP, LLC
        BY:  MR. CARLTON ODIM
3            MR. ANDREW M. STROTH
        191 North Wacker Drive, Suite 2300
4       Chicago, Illinois  60606
        844-878-1529
5       carlton@actioninjurylawgroup.com
6   LATHROP GPM LLP
        BY:  MR. WILLIAM BECK
7            MR. JACKSON R. HOBBS
        2345 Grand Boulevard, Suite 2200
8       Kansas City, Missouri 64108
        816-460-5629
9       bbeck@lathropgage.com
10          Appeared on behalf of Plaintiff;
11
        MICHALIK REITER BURNS LLP
12      BY:  MR. TERRENCE M. BURNS
        311 South Wacker Drive, Suite 5200
13      Chicago, Illinois  60606
        312-982-0090
14      tburns@reiterburns.com
15          Appeared on behalf of Defendant
            City of Chicago;
16
17      HALE & MONICO LLC
        BY:  MS. JENNIFER BITOY
18      53 West Jackson Boulevard, Suite 330
        Chicago, Illinois  60604
19      312-341-9646
        jbitoy@halemonico.com
20
            Appeared on behalf of Defendant
21              Officers.
22  ALSO PRESENT:
23  Mr. Lucas Schroeder, Videographer
24              -   -   -   -
```

Page 3

```
1
2               INDEX
3   WITNESS         EXAMINATION BY        PAGE
4   John Paladino   Mr. Odim              7
5
6
7
8
9
            EXHIBIT:    Page
10
            Exhibit 1    61
11
12
13      (EXHIBIT RETAINED BY COUNSEL)
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
1       THE VIDEOGRAPHER:  We are on the record at 15
2   UTC, June 16th, 2022.  Audio and video recording
3   will continue to take place until all parties agree
4   to go off the record.  Please note that microphones
5   are sensitive and may pick up whispering and
6   private conversations.
7           Private conversations and/or
8   attorney-client interactions should be held outside
9   the presence of the remote interface.  The purpose
10  of creating a witness only video recording the
11  witness is spotlighted or locked on all video
12  screens while on speaker view.
13          We ask that the witness not
14  remove the spotlight setting during the deposition
15  as it may cause other participants to appear on the
16  final video.
17          For anyone who does not want the
18  witness to take up a large part of your screen, you
19  may click the gallery view button in the upper
20  right corner of the remote depo interface.
21          This is the video recorded
22  proceeding of John Paladino in the matter of James
23  Gibson versus City of Chicago.  My name is Lucas
24  Schroeder.  I'm the videographer on behalf of US
```

Page 5

```
1   Legal Support.  I'm not related to any party in
2   this action nor am I financially interested in the
3   outcome.  The court reporter is Pat Dusing on
4   behalf of US Legal Support.
5           Counsel state their appearances
6   for the record.  Afterwards the court reporter will
7   swear in the witness.
8       MR. ODIM:  Carlton Odim for the plaintiff James
9   Gibson.
10      MS. BITOY:  Jennifer Bitoy on behalf of the
11  deponent and the individual...
12      MR. ODIM:  Jennifer, I can barely hear you.
13      MS. BITOY:  Sorry.  I'm going to move closer to
14  the witness and see if that helps.  Is that any
15  better?
16      MR. ODIM:  That's much better.
17      THE REPORTER:  A little better.
18      MS. BITOY:  Jennifer Bitoy on behalf of the
19  deponent and the individual defendant officers.
20      MR. STROTH:  Also present Andrew Stroth on
21  behalf of the plaintiff.
22      MR. BECK:  And William Beck on behalf of the
23  plaintiff.
24      MR. BURNS:  Terrence Burns on behalf of the
```

JOHN PALADINO
June 16, 2022

Page 6

1   City of Chicago.
2       MR. HOBBS: Jackson Hobbs on behalf of the
3   plaintiff.
4       MR. ODIM: You may swear the witness, please.
5       THE REPORTER: The attorneys participating in
6   this deposition acknowledge that I am not
7   physically present in the deposition room and
8   that I will be reporting this deposition remotely.
9           They further acknowledge that,
10  in lieu of an oath administered in person, the
11  witness will verbally declare his testimony in
12  this matter is under penalty of perjury. The
13  parties and their counsel consent to this
14  arrangement and waive any objections to this manner
15  of reporting.
16          Please indicate your agreement
17  by stating your name and your agreement on the
18  record.
19      MR. ODIM: Carlton Odim, agree.
20      MS. BITOY: Jennifer Bitoy, agree.
21      MR. BURNS: Terrence Burns, agree.
22      MR. ODIM: Ready to swear the witness now.
23
24  (Witness sworn.)

Page 7

1           JOHN PALADINO,
2   having been first duly sworn, was examined and
3   testified as follows:
4
5           EXAMINATION
6       By Mr. Odim:
7
8   Q. Good morning.
9   A. Good morning.
10  Q. As you heard I represent James Gibson and
11  I will be conducting the questioning of you during
12  this deposition. Would you say your full name and
13  spell it?
14  A. John Paladino, P-a-l-a-d-i-n-o.
15  Q. Just as a point of clarification, have you
16  ever seen your name spelled P-a-l-l-i-d-i-n-o?
17  A. No.
18  Q. You are a retired Chicago police officer;
19  correct?
20  A. Correct.
21  Q. When did you retire?
22  A. 2003.
23  Q. And when did you begin employment with the
24  Chicago CPD?

Page 8

1   A. 1968.
2   Q. I suppose it goes without saying that you
3   know the difference between telling the truth and
4   telling a lie; correct?
5   A. Yes.
6   Q. Hold on a quick second. Sorry. Sorry
7   about that. I had an environmental issue. A noise
8   that I had to quiet down. Okay. We're back on.
9           I think I asked you it goes
10  without saying that you know the difference between
11  telling the truth and telling a lie, Mr. Paladino?
12  A. Yes.
13  Q. Okay. Are you willing to give truthful
14  testimony today?
15  A. Yes.
16  Q. Are you willing to give truthful testimony
17  about your training to become a Chicago police
18  officer?
19  A. On advice of my counsel I respectfully
20  decline to answer this question. And evoke my
21  constitutional rights and privileges against
22  self-incrimination as guaranteed by the fifth
23  amendment of United States constitution and by
24  Article 1, Section 10 of the constitution of the

Page 9

1   state of Illinois on the grounds that any answer I
2   may give in whole or in part to such question may
3   lead to or tend to incriminate me.
4   Q. Are you willing to give truthful testimony
5   today about the training you received after you
6   became a Chicago police officer?
7   A. On advice of counsel I respectfully plead
8   the fifth.
9   Q. Are you willing to give truthful testimony
10  today about your employment history with the
11  Chicago Police Department?
12  A. On advice of counsel I respectfully plead
13  the fifth.
14  Q. Are you willing to give truthful testimony
15  about the job titles that you have been given
16  during your -- that you were given while you were a
17  Chicago police officer?
18  A. On advice of counsel I respectfully plead
19  the fifth.
20  Q. Let me ask you do you know the difference
21  or do you in your mind while you were a police
22  officer did you have -- did you make a distinction
23  between conducting an interview and conducting an
24  interrogation?

JOHN PALADINO
June 16, 2022

Page 10

1    A.  On advice of counsel I respectfully plead
2    the fifth.
3    Q.  You were assigned, were you not, to
4    investigate the Benjamin -- the Lloyd Benjamin and
5    Hunter Wash double murder investigation?
6    A.  Yes.
7    Q.  And during that investigation did you
8    conduct any interviews?
9    A.  Yes.
10   Q.  During that investigation did you conduct
11   any interrogations?
12   A.  Yes.
13   Q.  What in your mind is the distinction
14   between an interview and an interrogation?
15   A.  On advice of counsel I respectfully plead
16   the fifth.
17   Q.  Is it fair to say that both interviews and
18   interrogations involve at least some kind of
19   questioning?
20   A.  On advice of counsel I respectfully plead
21   the fifth.
22   Q.  Is it fair to say that in your practice
23   both interviews and interrogations involve physical
24   abuse of people questioned or interrogated?

Page 11

1    MS. BITOY:  Objection, form, foundation.
2    THE REPORTER:  I'm sorry, I didn't hear you.
3    MS. BITOY:  Objection, form, foundation.
4    THE WITNESS:  On advice of counsel I
5    respectfully plead the fifth.
6    BY MR. ODIM:
7    Q.  Is it fair to say that when you
8    interviewed suspects you made a practice of
9    torturing them?
10   MS. BITOY:  Objection, form, foundation,
11   argumentative.
12   THE WITNESS:  On advice of counsel I
13   respectfully plead the fifth.
14   BY MR. ODIM:
15   Q.  Is it fair to say that when you
16   interrogated suspects that you tortured them?
17   MS. BITOY:  Objection, form, foundation.
18   THE WITNESS:  On advice of counsel I
19   respectfully plead the fifth.
20   BY MR. ODIM:
21   Q.  In your -- during your employment as a
22   Chicago Police Department (sic), did you make a
23   distinction between people who were suspects and
24   people who were not suspects?

Page 12

1    A.  On advice of counsel I respectfully plead
2    the fifth.
3    Q.  During your investigation of the Lloyd
4    Benjamin and Hunter Wash double murders did you
5    interview anyone who was a suspect?
6    A.  I believe I have no independent
7    recollection of the case.  But from reviewing
8    police reports I did interview two people.
9    Q.  And were those two people that you
10   interviewed suspects?
11   A.  Yes.
12   Q.  During your conduct of your investigation
13   of the Benjamin and Wash double murders, did you
14   interview anyone who was not a suspect?
15   A.  I don't recall.
16   Q.  So you do have in mind at least during --
17   you did have in mind at least during your
18   investigation of the double murders the
19   distinction -- a distinction between a suspect and
20   a nonsuspect?
21   A.  I interviewed two people that were under
22   arrest so they were suspects I believe.  I don't
23   recall anything about the case at this time.  But
24   from reviewing my reports I did interview two

Page 13

1    people.
2    Q.  Okay.  So you did have -- you did make a
3    distinction between suspects and nonsuspects during
4    your conduct of the investigation of the double
5    murders?
6    MS. BITOY:  Objection...
7    THE REPORTER:  I didn't hear you.
8    MS. BITOY:  Objection, asked and answered.
9    THE WITNESS:  On advice of counsel I
10   respectfully plead the fifth.
11   BY MR. ODIM:
12   Q.  What was the first job title that you held
13   when you began employment with the Chicago Police
14   Department?
15   A.  On advice of counsel I respectfully plead
16   the fifth.
17   Q.  Do you recall the nature of the training
18   you got before you became a Chicago police officer?
19   A.  On advice of counsel I respectfully plead
20   the fifth.
21   Q.  Do you recall the nature of the training
22   you received after you began employment with the
23   Chicago Police Department?
24   A.  On advice of counsel I respectfully plead

JOHN PALADINO
June 16, 2022

Page 14

1   the fifth.
2       Q.  Did you receive any training before you
3   became a police officer to physically abuse
4   suspects you were questioning?
5       MS. BITOY:  Object to form and foundation.
6       MR. ODIM:  Jennifer, I'm sorry, we just can't
7   hear you.
8       MS. BITOY:  I am going to try and speak up.  I
9   apologize.  Objection, form, foundation.
10      THE WITNESS:  On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13      Q.  Prior to becoming a Chicago police officer
14  did you receive any training that involved
15  torturing suspects?
16      MS. BITOY:  Objection, form, foundation.
17      THE WITNESS:  On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20      Q.  After you began your employment with the
21  City of Chicago did you receive any training to
22  physically abuse suspects you are questioning?
23      A.  On advice of counsel I respectfully plead
24  the fifth.

Page 15

1       Q.  After you took up employment with the
2   Chicago Police Department did you receive any
3   training to torture suspects you were questioning?
4       A.  On advice of counsel I respectfully plead
5   the fifth.
6       Q.  Do you understand what physical abuse of a
7   suspect means?
8       A.  On advice of counsel I respectfully plead
9   the fifth.
10      Q.  Do you understand what torture of a
11  suspect means?
12      A.  On advice of counsel I respectfully plead
13  the fifth.
14      Q.  What was the starting -- you told me the
15  starting of your employment was 1968 with the
16  police department; correct?
17      A.  Yes.
18      Q.  And the ending year was 2003?
19      A.  Yes.  Yes.
20      Q.  At some point during your service with the
21  Chicago Police Department you were working in Area
22  2; is that correct?
23      A.  On advice of counsel I respectfully plead
24  the fifth.

Page 16

1       Q.  Are you willing to give truthful testimony
2   today about your service with the Chicago Police
3   Department at Area 2?
4       A.  On advice of counsel I respectfully plead
5   the fifth.
6       Q.  Do you know what Area 2 is?
7       A.  On advice of counsel I respectfully plead
8   the fifth.
9       Q.  Are you willing to give truthful testimony
10  today about your dates of service in Area 2 with
11  the Chicago Police Department?
12      A.  On advice of counsel I respectfully plead
13  the fifth.
14      Q.  Are you willing to give truthful testimony
15  about your chain of command at Area 2?
16      A.  On advice of counsel I respectfully plead
17  the fifth.
18      Q.  Are you willing to give truthful testimony
19  today about your commanding officer while you were
20  working out of Area 2?
21      A.  On advice of counsel I respectfully plead
22  the fifth.
23      Q.  Jon Burge was your commanding officer
24  while you were working at Area 2; correct?

Page 17

1       A.  On advice of counsel I respectfully plead
2   the fifth.
3       Q.  Who is Jon Burge?
4       A.  On advice of counsel I respectfully plead
5   the fifth.
6       Q.  Are you willing to give truthful testimony
7   today about detectives you worked with while you
8   worked out of Area 2?
9       A.  On advice of counsel I respectfully plead
10  the fifth.
11      Q.  Are you willing to give truthful testimony
12  today about the police officers you worked with
13  while you were at Area 2?
14      A.  On advice of counsel I respectfully plead
15  the fifth.
16      Q.  Are you willing to give truthful testimony
17  about the people you arrested while you worked at
18  Area 2?
19      A.  On advice of counsel I respectfully plead
20  the fifth.
21      Q.  Are you willing to give truthful testimony
22  about the people you detained while you worked in
23  Area 2?
24      A.  On advice of counsel I respectfully plead

JOHN PALADINO
June 16, 2022

Page 18

1 the fifth.
2    Q. Are you willing to give truthful testimony
3 about the people you interviewed while you worked
4 at Area 2?
5    A. On advice of counsel I respectfully plead
6 the fifth.
7    Q. Are you willing to give truthful testimony
8 about the people you interrogated while you worked
9 at Area 2?
10    A. On advice of counsel I respectfully plead
11 the fifth.
12    Q. Are you willing to give truthful testimony
13 about the people who confessed to crimes after you
14 interviewed them at Area 2?
15    A. On advice of counsel I respectfully plead
16 the fifth.
17    Q. Are you willing to give truthful testimony
18 about the people who confessed to crimes after you
19 interrogated them at Area 2?
20    A. On advice of counsel I respectfully plead
21 the fifth.
22    Q. Are you willing to give truthful testimony
23 about the people who confessed to crimes after you
24 physically abused them at Area 2?

Page 19

1    A. On advice of counsel I respectfully plead
2 the fifth.
3    MR. ODIM: Jennifer, again, I didn't hear
4 anything you said.
5    MS. BITOY: Objection, form, foundation.
6 BY MR. ODIM:
7    Q. Are you willing to give truthful testimony
8 about the people who confessed to crimes after you
9 tortured them in Area 2?
10    MS. BITOY: Objection, form, foundation.
11    THE WITNESS: On advice of counsel I
12 respectfully plead the fifth.
13 BY MR. ODIM:
14    Q. Are you willing to give truthful testimony
15 about your service at Area 3?
16    A. On advice of counsel I respectfully plead
17 the fifth.
18    Q. Is it true that you were working at – in
19 Area 3 when you were assigned to investigate the
20 Lloyd Benjamin and Hunter Wash murders?
21    A. Yes.
22    Q. Are you willing to give truthful testimony
23 about all your service while you were working at
24 Area 3 and not just give testimony about the Lloyd

Page 20

1 Benjamin and Hunter Wash investigation?
2    A. On advice of counsel I respectfully plead
3 the fifth.
4    Q. Are you willing to give truthful testimony
5 about your dates of service at Area 3?
6    A. On advice of counsel I respectfully plead
7 the fifth.
8    Q. What is the geographical area covered by
9 Area 3?
10    A. On advice of counsel I respectfully plead
11 the fifth.
12    Q. Did Area 3 have a headquarters?
13    A. On advice of counsel I respectfully plead
14 the fifth.
15    Q. Did you go to a building that was the
16 headquarters of Area 3 when you went to work?
17    A. On advice of counsel I respectfully plead
18 the fifth.
19    Q. On what floor of the building that you
20 went to work in were you physically located as a
21 detective in Area 3?
22    A. On advice of counsel I respectfully plead
23 the fifth.
24    Q. Would you tell me who your chain of

Page 21

1 command – what your chain of command was while you
2 were working in Area 3?
3    A. On advice of counsel I respectfully plead
4 the fifth.
5    Q. Are you willing to give truthful testimony
6 about who your commander was while you were working
7 out of Area 3?
8    A. On advice of counsel I respectfully plead
9 the fifth.
10    Q. Did you have an immediate supervisor while
11 you were working in Area 3?
12    A. On advice of counsel I respectfully plead
13 the fifth.
14    Q. Are you willing to give truthful testimony
15 about Jon Burge who was your commanding officer
16 while you worked at Area 3?
17    A. On advice of counsel I respectfully plead
18 the fifth.
19    Q. Are you willing to give truthful testimony
20 about the detectives you worked with while you were
21 at Area 3?
22    A. On advice of counsel I respectfully plead
23 the fifth.
24    Q. Are you willing to give truthful testimony

JOHN PALADINO
June 16, 2022

Page 22

1   about the police officers you worked with while you
2   were at Area 3?
3       A.  On advice of counsel I respectfully plead
4   the fifth.
5       Q.  Are you willing to give truthful testimony
6   about the people you arrested while you worked at
7   Area 3?
8       A.  On advice of counsel I respectfully plead
9   the fifth.
10      Q.  Are you willing to give truthful testimony
11  about the people you detained while you worked at
12  Area 3?
13      A.  On advice of counsel I respectfully plead
14  the fifth.
15      Q.  Are you willing to give truthful testimony
16  about the people you interviewed while you worked
17  at Area 3?
18      A.  On advice of counsel I respectfully plead
19  the fifth.
20      Q.  Are you willing to give truthful testimony
21  about the people you interrogated while you worked
22  at Area 3?
23      A.  On advice of counsel I respectfully plead
24  the fifth.

Page 23

1       Q.  Are you willing to give truthful testimony
2   about the people who confessed to crimes after you
3   interviewed them at Area 3?
4       A.  On advice of counsel I respectfully plead
5   the fifth.
6       Q.  Are you willing to give truthful testimony
7   about the people who confessed to crimes after you
8   interrogated them at Area 3?
9       A.  On advice of counsel I respectfully plead
10  the fifth.
11      Q.  Are you willing to give truthful testimony
12  about the people who confessed to crimes after you
13  physically abused them at Area 3?
14      MS. BITOY:  Objection, form, foundation.
15      THE WITNESS:  On advice of counsel I
16  respectfully plead the fifth.
17  BY MR. ODIM:
18      Q.  Are you willing to give truthful testimony
19  about the people who confessed to crimes after you
20  tortured them at Area 3?
21      MS. BITOY:  Objection, form, foundation.
22      THE WITNESS:  On advice of counsel I
23  respectfully plead the fifth.
24      MS. BITOY:  Can we just take a moment, a break

Page 24

1   real quick?  I'm going to try to fix my audio issue
2   over here.  Is that all right with you?
3       MR. ODIM:  Of course.
4       THE VIDEOGRAPHER:  Going off the record.  The
5   time is 15:22 UTC.
6           (Break taken.)
7       THE VIDEOGRAPHER:  We are back on the record.
8   The time is 15:24 UTC.  You may proceed.
9   BY MR. ODIM:
10      Q.  Mr. Paladino, do you recall interviewing a
11  suspect called Stanley Howard in 1984?
12      A.  On advice of counsel I respectfully plead
13  the fifth.
14      Q.  During an interview in 1984 did you beat,
15  slap and kick Stanley Howard unconscious?
16      MS. BITOY:  Objection, form, foundation.
17      THE WITNESS:  On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20      Q.  Do you recall questioning a suspect named
21  Marron Diggins in 1985?
22      A.  On advice of counsel I respectfully plead
23  the fifth.
24      Q.  Did you threaten Marron Diggins with a 44

Page 25

1   Magnum silver revolver to his head?
2       MS. BITOY:  Objection, form, foundation.
3       THE WITNESS:  On advice of counsel I
4   respectfully plead the fifth.
5   BY MR. ODIM:
6       Q.  Did you play Russian roulette with your
7   revolver pointed at Marron Diggins in 1985?
8       MS. BITOY:  Objection, form, foundation.
9       THE WITNESS:  On advice of counsel I
10  respectfully plead the fifth.
11  BY MR. ODIM:
12      Q.  Did you use a typewriter cover to
13  suffocate Marron Diggins by placing it over his
14  head?
15      MS. BITOY:  Objection, form, foundation.
16      THE WITNESS:  On advice of counsel I
17  respectfully plead the fifth.
18  BY MR. ODIM:
19      Q.  Did you conduct an interrogation of Marron
20  Diggins in 1985 with Jon Burge?
21      A.  On advice of counsel I respectfully plead
22  the fifth.
23      Q.  Did you have a 44 Magnum silver revolver
24  as your service revolver in 1985?

JOHN PALADINO
June 16, 2022

Page 26

1    A.  On advice of counsel I respectfully plead
2    the fifth.
3    Q.  Do you recall questioning a Shadid Muman
4    in 1985?
5    A.  On advice of counsel I respectfully plead
6    the fifth.
7    Q.  Do you recall -- did you physically abuse
8    Shadid Muman when you questioned him in 1985?
9    MS. BITOY:  Objection to form, foundation.
10   THE WITNESS:  On advice of counsel I
11   respectfully plead the fifth.
12   BY MR. ODIM:
13   Q.  Did you conduct an interrogation of Shadid
14   Muman with Jon Burge in 1985?
15   MS. BITOY:  Objection.
16   THE WITNESS:  On advice of counsel I
17   respectfully plead the fifth.
18   BY MR. ODIM:
19   Q.  Do you recall questioning an Andrew
20   Maxwell in 1986?
21   A.  On advice of counsel I respectfully plead
22   the fifth.
23   Q.  Did you beat Andrew Maxwell around his
24   body in 1986 when you questioned him?

Page 27

1    MS. BITOY:  Objection, form, foundation.
2    THE WITNESS:  On advice of counsel I
3    respectfully plead the fifth.
4    BY MR. ODIM:
5    Q.  Did you beat Andrew Maxwell in the face
6    when you questioned him in 1986?
7    MS. BITOY:  Objection, form, foundation.
8    THE WITNESS:  On advice of counsel I
9    respectfully plead the fifth.
10   BY MR. ODIM:
11   Q.  Did you kick Andrew Maxwell when you
12   questioned him in 1986?
13   A.  On advice of counsel I respectfully plead
14   the fifth.
15   THE REPORTER:  Sorry.
16   MR. ODIM:  We still have a sound problem,
17   Jennifer.
18   MS. BITOY:  Yeah, I'm sorry, but if we can just
19   get another few more minutes.
20   THE VIDEOGRAPHER:  Going off the record.  The
21   time is 15:28 UTC.
22   (Break taken.)
23   THE VIDEOGRAPHER:  Back on the record.  The
24   time is 15:30 UTC.  Please proceed.

Page 28

1    (Technical difficulties.)
2    (The following is transcribed
3    from the audio record only.)
4    BY MR. ODIM:
5    Q.  Mr. Paladino, are willing to give truthful
6    testimony about your interactions with a Jerry
7    Thompson in 1986?
8    A.  On advice of counsel I respectfully plead
9    the fifth.
10   Q.  Did you kick Jerry Thompson when you
11   questioned him in 1986?
12   MS. BITOY:  Objection, form, foundation.
13   THE WITNESS:  On advice of counsel I
14   respectfully plead the fifth.
15   BY MR. ODIM:
16   Q.  Did you beat Jerry Thompson with a
17   flashlight when you questioned him in 1986?
18   MS. BITOY:  Objection, form, foundation.
19   THE WITNESS:  On advice of counsel I
20   respectfully plead the fifth.
21   BY MR. ODIM:
22   Q.  Did you slap Jerry Thompson in the face
23   numerous times when you questioned him in 1986?
24   MS. BITOY:  Same objection.

Page 29

1    THE WITNESS:  On advice of counsel I
2    respectfully plead the fifth.
3    BY MR. ODIM:
4    Q.  Are you willing to give truthful testimony
5    about your interaction with Madison Hobley in 1987?
6    A.  On advice of counsel I respectfully plead
7    the fifth.
8    Q.  Did you hit Madison Hobley in the chest
9    during your questioning of him in 1987?
10   MS. BITOY:  Objection, form, foundation.
11   THE WITNESS:  On advice of counsel I
12   respectfully plead the fifth.
13   BY MR. ODIM:
14   Q.  Did you kick Madison Hobley in the groin
15   during your questioning of him 1987?
16   MS. BITOY:  Objection, form, foundation.
17   THE WITNESS:  On advice of counsel I
18   respectfully plead the fifth.
19   BY MR. ODIM:
20   Q.  Did you put a bag over Madison Hobley's
21   head until he passed out in 1987?
22   MS. BITOY:  Objection, form, foundation.
23   THE WITNESS:  On advice of counsel I
24   respectfully plead the fifth.

JOHN PALADINO
June 16, 2022

Page 30

1   BY MR. ODIM:
2      Q.  Did you threaten to kill Madison Hobley
3   when you questioned him in 1987?
4      MS. BITOY:  Objection, form, foundation.
5      THE WITNESS:  On advice of counsel I
6   respectfully plead the fifth.
7   BY MR. ODIM:
8      Q.  Did you hurl racial epithets at Madison
9   Hobley during your questioning of him in 1987?
10     MS. BITOY:  Objection, form, foundation.
11     THE WITNESS:  On advice of counsel I
12  respectfully plead the fifth.
13  BY MR. ODIM:
14     Q.  Did you call Madison Hobley a nigger when
15  you questioned him in 1987?
16     MS. BITOY:  Objection, form, foundation.
17     THE WITNESS:  On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20     Q.  Will you give truthful testimony today
21  about your interaction with Donald Torrence in
22  1988?
23     A.  On advice of counsel I respectfully plead
24  the fifth.

Page 31

1      Q.  Did you beat Donald Torrence when you
2   questioned him in 1988?
3      MS. BITOY:  Objection, form, foundation.
4      THE WITNESS:  On advice of counsel I
5   respectfully plead the fifth.
6   BY MR. ODIM:
7      Q.  Did you conduct an interrogation of Donald
8   Torrence with Detective Maslanka in 1988?
9      MS. BITOY:  Objection, form, foundation.
10     THE WITNESS:  On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13     Q.  You were assigned along with Detective
14  Maslanka to conduct an investigation of the Loyd
15  Benjamin Hunter Wash murders; correct?
16     A.  Yes.
17     Q.  When did Detective Maslanka become your
18  partner?
19     A.  On advice of counsel I respectfully plead
20  the fifth.
21     Q.  Are you willing to give truthful testimony
22  today about when Detective Maslanka became your
23  partner before you were appointed to investigation
24  the Benjamin and Wash murders?

Page 32

1      A.  On advice of counsel I respectfully plead
2   the fifth.
3      THE VIDEOGRAPHER:  Sorry to interrupt, I don't
4   see our court reporter.  So I'm going to take us
5   off the record.  The time is 15:35 UTC.
6         (Break taken.)
7         (The following is recorded
8          and transcribed by stenographic
9          means.)
10     MR. ODIM:  Terrence, are you on board with the
11  stipulation?
12     MR. BURNS:  Again, Carlton, for the record.
13     MR. ODIM:  That for the period of time that the
14  court reporter was absent, the court reporter may
15  produce a transcript based on the video of the
16  portion of testimony that she was not present for.
17     MR. BURNS:  I stipulate to that, Carlton.
18     THE VIDEOGRAPHER:  I'm sorry, I'm not
19  recording.
20     MR. ODIM:  Let's get the video back on.
21     THE VIDEOGRAPHER:  Back on the record.  The
22  time is 15:38 UTC.  You may proceed.
23  BY MR. ODIM:
24     Q.  When we broke we were talking – I was

Page 33

1   asking you questions about your interaction with
2   Donald Torrence in 1988.
3         Did you beat Donald Torrence with
4   a flashlight when you questioned him in 1988?
5      MS. BITOY:  Objection, form, foundation.
6      THE WITNESS:  On advice of counsel I
7   respectfully plead the fifth.
8   BY MR. ODIM:
9      Q.  Did you beat Donald Torrence with a phone
10  book when you questioned him in 1988?
11     MS. BITOY:  Objection, form, foundation.
12     THE WITNESS:  On advice of counsel I
13  respectfully plead the fifth.
14  BY MR. ODIM:
15     Q.  Did you hang Donald Torrence out of a
16  window by his legs when you questioned him in 1988?
17     MS. BITOY:  Objection, form, foundation.
18     THE WITNESS:  On advice of counsel I
19  respectfully plead the fifth.
20  BY MR. ODIM:
21     Q.  Did you push Donald Torrence's head into a
22  toilet during your questioning of him in 1988?
23     MS. BITOY:  Objection, form, foundation.
24     THE WITNESS:  On advice of counsel I

JOHN PALADINO
June 16, 2022

Page 34

1  respectfully plead the fifth.
2  BY MR. ODIM:
3     Q.  Are you willing to give truthful testimony
4  about your interaction with Cortez Brown in 1990?
5     A.  On advice of counsel I respectfully plead
6  the fifth.
7     Q.  Is it true that Detective Maslanka was
8  your partner during your investigation of Cortez
9  Brown in 1990?
10    MS. BITOY:  Objection, form, foundation.
11    THE WITNESS:  On advice of counsel I
12  respectfully plead the fifth.
13  BY MR. ODIM:
14    Q.  Did you beat Cortez Brown in the chest and
15  arms during your questioning of him in 1990?
16    MS. BITOY:  Same objection.
17    THE WITNESS:  On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20    Q.  Did you beat Cortez Brown on his hands and
21  his legs with a steel flashlight during your
22  questioning of him in 1990?
23    MS. BITOY:  Objection, form, foundation.
24    THE WITNESS:  On advice of counsel I

Page 35

1  respectfully plead the fifth.
2  BY MR. ODIM:
3     Q.  Are you willing to give truthful testimony
4  about your interaction with Tony Anderson in 1990?
5     A.  On advice of counsel I respectfully plead
6  the fifth.
7     Q.  Is it true that Detective Maslanka was
8  your partner during the interrogation of Tony
9  Anderson in 1990?
10    MS. BITOY:  Object, form, foundation.
11    THE WITNESS:  On advice of counsel I
12  respectfully plead the fifth.
13  BY MR. ODIM:
14    Q.  Did you beat Tony Anderson on his ribs,
15  thighs -- and thighs with a nightstick during your
16  interrogation of him in 1990?
17    MS. BITOY:  Objection, form, foundation.
18    THE WITNESS:  On advice of counsel I
19  respectfully plead the fifth.
20  BY MR. ODIM:
21    Q.  Did you put your service revolver against
22  Tony Brown's (sic) head when you questioned him in
23  1990?
24    MS. BITOY:  Objection, form, foundation.

Page 36

1     THE WITNESS:  On advice of counsel I
2  respectfully plead the fifth.
3  BY MR. ODIM:
4     Q.  Did you threaten to blow Tony Anderson's
5  brains out when you questioned him in 1990?
6     MS. BITOY:  Objection, form, foundation.
7     THE WITNESS:  On advice of counsel I
8  respectfully plead the fifth.
9  BY MR. ODIM:
10    Q.  Did you deprive Tony Anderson of all food
11  and water during your interrogation of him over a
12  two-day period in 1990?
13    MS. BITOY:  Objection, form, foundation.
14    THE WITNESS:  On advice of counsel I
15  respectfully plead the fifth.
16  BY MR. ODIM:
17    Q.  Are you willing to give truthful testimony
18  about your interaction with Clinton Welton in 1991?
19    A.  On advice of counsel I respectfully plead
20  the fifth.
21    Q.  It's true that Detective Maslanka was your
22  partner during the interrogation of Clinton Welton
23  in 1991?
24    MS. BITOY:  Objection, form, foundation.

Page 37

1     THE WITNESS:  On advice of counsel I
2  respectfully plead the fifth.
3  BY MR. ODIM:
4     Q.  Did you beat Clinton Welton with a
5  flashlight?
6     MS. BITOY:  Objection, form, foundation.
7     THE WITNESS:  On advice of counsel I
8  respectfully plead the fifth.
9  BY MR. ODIM:
10    Q.  Did you beat Clinton Welton with your
11  fists?
12    MS. BITOY:  Objection, form, foundation.
13    THE WITNESS:  On advice of counsel I
14  respectfully plead the fifth.
15  BY MR. ODIM:
16    Q.  Are you willing to give truthful testimony
17  about your interaction with a Damoni Clemon in
18  1991?
19    A.  On advice of counsel I respectfully plead
20  the fifth.
21    Q.  Is it true that Detective Maslanka was
22  your partner during the interrogation of the Damoni
23  Clemon in 1991?
24    MS. BITOY:  Objection, form, foundation.

JOHN PALADINO
June 16, 2022

Page 38

1      THE WITNESS: On advice of counsel I
2   respectfully plead the fifth.
3   BY MR. ODIM:
4      Q.  Did you administer any electric shock to
5   Damoni Clemon's body during your interrogation of
6   him in 1991?
7      MS. BITOY: Objection, form, foundation.
8      THE WITNESS: On advice of counsel I
9   respectfully plead the fifth.
10  BY MR. ODIM:
11     Q.  Are you willing to give truthful testimony
12  about your interaction with a Diyez Owens in 1991?
13     A.  On advice of counsel I respectfully plead
14  the fifth.
15     Q.  Isn't it true that Detective Maslanka was
16  your partner during the interrogation of Diyez
17  Owens in 1991?
18     MS. BITOY: Objection, form, foundation.
19     THE WITNESS: On advice of counsel I
20  respectfully plead the fifth.
21  BY MR. ODIM:
22     Q.  Did you beat Diyez Owens in the chest
23  during your interrogation of him in 1991?
24     MS. BITOY: Objection, form, foundation.

Page 39

1      THE WITNESS: On advice of counsel I
2   respectfully plead the fifth.
3   BY MR. ODIM:
4      Q.  Did you beat Diyez Owens in the stomach
5   during your questioning of him in 1991?
6      MS. BITOY: Objection, form, foundation.
7      THE WITNESS: On advice of counsel I
8   respectfully plead the fifth.
9   BY MR. ODIM:
10     Q.  Are you willing to give truthful testimony
11  about your interaction with Iamari Clemon in 1991?
12     A.  On advice of counsel I respectfully plead
13  the fifth.
14     Q.  Isn't it true that Detective Maslanka was
15  your partner during the questioning of Iamari
16  Clemon in 1991?
17     MS. BITOY: Objection, form, foundation.
18     THE WITNESS: On advice of counsel I
19  respectfully plead the fifth.
20  BY MR. ODIM:
21     Q.  Did you beat Iamari Clemon during your
22  questioning of him in 1991?
23     MS. BITOY: Objection, form, foundation.
24     THE WITNESS: On advice of counsel I

Page 40

1   respectfully plead the fifth.
2   BY MR. ODIM:
3      Q.  Are you willing to give truthful testimony
4   about your interaction with a Jesse Clemon in 1991?
5      A.  On advice of counsel I respectfully plead
6   the fifth.
7      Q.  Isn't it true that Detective Maslanka was
8   your partner during a questioning of Jesse Clemon
9   in 1991?
10     MS. BITOY: Objection, foundation.
11     THE WITNESS: On advice of counsel I
12  respectfully plead the fifth.
13  BY MR. ODIM:
14     Q.  Did you beat Jesse Clemon on his hand in
15  1991?
16     MS. BITOY: Objection, foundation.
17     THE WITNESS: On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20     Q.  Did you beat Jesse Clemon on his face in
21  1991?
22     MS. BITOY: Objection, foundation.
23     THE WITNESS: On advice of counsel I
24  respectfully plead the fifth.

Page 41

1      MR. ODIM: Did you hit Jesse Clemon in his
2   stomach during your questioning of him in 1991?
3      MS. BITOY: Objection, foundation.
4      THE WITNESS: On advice of counsel I
5   respectfully plead the fifth.
6   BY MR. ODIM:
7      Q.  Are you willing to give truthful testimony
8   about your interaction with Marcus Wiggins in 1991?
9      A.  On advice of counsel I respectfully plead
10  the fifth.
11     Q.  Isn't it true that Detective Maslanka was
12  your partner during the interrogation of Marcus
13  Wiggins in 1991?
14     MS. BITOY: Objection, foundation.
15     THE WITNESS: On advice of counsel I
16  respectfully plead the fifth.
17  BY MR. ODIM:
18     Q.  Did you administer an electric shock to
19  Marcus Wiggins when you questioned him in 1991?
20     MS. BITOY: Objection, form, foundation.
21     THE WITNESS: On advice of counsel I
22  respectfully plead the fifth.
23  BY MR. ODIM:
24     Q.  Did you beat Marcus Wiggins when you

JOHN PALADINO
June 16, 2022

Page 42

1  questioned him in 1991?
2    MS. BITOY: Objection, form, foundation.
3    THE WITNESS: On advice of counsel I
4  respectfully plead the fifth.
5  BY MR. ODIM:
6    Q. Did you refuse Marcus -- Marcus Wiggins'
7  mother access to her minor child during your --
8  during your questioning of Marcus Wiggins in 1991?
9    MS. BITOY: Objection, foundation.
10   THE WITNESS: On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13   Q. Did you tell Marcus Wiggins to, quote, go
14  sit in a corner and suck your thumb now because I'm
15  going to stick your black ass with this one?
16   MS. BITOY: Objection, form, foundation.
17   THE WITNESS: On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20   Q. Are you willing to provide truthful
21  testimony about your interaction with a Michael
22  Peterson in 1991?
23   A. On advice of counsel I respectfully plead
24  the fifth.

Page 43

1    Q. Did you choke Michael Peterson during your
2  questioning of him in 1991?
3    MS. BITOY: Object, form, foundation.
4    THE WITNESS: On advice of counsel I
5  respectfully plead the fifth.
6  BY MR. ODIM:
7    Q. Did you punch Michael Peterson in the head
8  during your questioning of him in 1991?
9    MS. BITOY: Objection, form, foundation.
10   THE WITNESS: On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13   Q. Did you kick Michael Peterson in the knees
14  during your questioning of him in 1991?
15   MS. BITOY: Objection, form, foundation.
16   THE WITNESS: On advice of counsel I
17  respectfully plead the fifth.
18  BY MR. ODIM:
19   Q. Did you threaten to burn Michael
20  Peterson's face with a cigarette during your
21  questioning of him in 1991?
22   MS. BITOY: Objection, form, foundation.
23   THE WITNESS: On advice of counsel I
24  respectfully plead the fifth.

Page 44

1  BY MR. ODIM:
2    Q. Will you give truthful testimony today
3  about your interaction with Sandy Curtis in 1991?
4    A. On advice of counsel I respectfully plead
5  the fifth.
6    Q. Did you choke Sandy Curtis during your
7  questioning of him in 1991?
8    MS. BITOY: Objection, foundation.
9    THE WITNESS: On advice of counsel I
10  respectfully plead the fifth.
11  BY MR. ODIM:
12   Q. Did you attempt to burn Sandy Curtis's
13  skin with a cigarette during your questioning of
14  him in 1991?
15   MS. BITOY: Objection, form, foundation.
16   THE WITNESS: On advice of counsel I
17  respectfully plead the fifth.
18  BY MR. ODIM:
19   Q. Did you hit Sandy Curtis on the face and
20  lower body during your questioning of him in 1991?
21   MS. BITOY: Objection, form, foundation.
22   THE WITNESS: On advice of counsel I
23  respectfully plead the fifth.
24

Page 45

1  BY MR. ODIM:
2    Q. Are you willing to give truthful testimony
3  about your interaction with Travis Richardson in
4  1991?
5    A. On advice of counsel I respectfully plead
6  the fifth.
7    Q. Did you slam Travis Richardson against a
8  table during your questioning of him in 1991?
9    MS. BITOY: Objection, form, foundation.
10   THE WITNESS: On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13   Q. It's true that Detective Maslanka was your
14  partner during your questioning of Travis
15  Richardson in 1991?
16   MS. BITOY: Objection, form, foundation.
17   THE WITNESS: On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20   Q. Are you willing to give truthful testimony
21  about your interaction with a Jerry Gillespie in
22  1993?
23   A. On advice of counsel I respectfully plead
24  the fifth.

JOHN PALADINO
June 16, 2022

Page 46

1    Q.  Did you slap Jerry Gillespie on the hand
2  and face during your questioning of him in 1993?
3    MS. BITOY:  Objection, form, foundation.
4    THE WITNESS:  On advice of counsel I
5  respectfully plead the fifth.
6  BY MR. ODIM:
7    Q.  Did you choke Jerry Gillespie during your
8  interrogation of him in 1993?
9    MS. BITOY:  Objection, form, foundation.
10   THE WITNESS:  On advice of counsel I
11  respectfully plead the fifth.
12  BY MR. ODIM:
13   Q.  Are you willing to give truthful testimony
14  about your interaction with Michael Saunders in
15  1995?
16   A.  On advice of counsel I respectfully plead
17  the fifth.
18   Q.  Did you pull an earring out of Michael
19  Saunders's ear during your interrogation of him in
20  1995?
21   MS. BITOY:  Objection, form, foundation.
22   THE WITNESS:  On advice of counsel I
23  respectfully plead the fifth.
24

Page 47

1  BY MR. ODIM:
2    Q.  Did you beat Michael Saunders during your
3  questioning of him in 1995?
4    MS. BITOY:  Objection, form, foundation.
5    THE WITNESS:  On advice of counsel I
6  respectfully plead the fifth.
7  BY MR. ODIM:
8    Q.  Are you willing to give truthful testimony
9  about your interaction with a Gregory Logan while
10  you were employed with the Chicago Police
11  Department?
12   A.  On advice of counsel I respectfully plead
13  the fifth.
14   Q.  Did you point a gun at Gregory Logan's
15  head during your questioning of him?
16   MS. BITOY:  Objection, form, foundation.
17   THE WITNESS:  On advice of counsel I
18  respectfully plead the fifth.
19  BY MR. ODIM:
20   Q.  Did you beat Gregory Logan with a bat
21  during your questioning of him?
22   MS. BITOY:  Objection, form, foundation.
23   THE WITNESS:  On advice of counsel I
24  respectfully plead the fifth.

Page 48

1  BY MR. ODIM:
2    Q.  Now during the investigation you conducted
3  in the -- of Benjamin -- Lloyd Benjamin and Hunter
4  Wash murders, did you work out of a particular
5  location?
6    A.  On advice of counsel I respectfully plead
7  the fifth.
8    Q.  Did you -- during your investigation of
9  the Lloyd Benjamin Hunter Wash murders, did you
10  work out of your squad car?
11   MS. BITOY:  As it relates to this investigation
12  you can answer that.
13   THE WITNESS:  Okay.  Did I work out of my squad
14  car?
15  BY MR. ODIM:
16   Q.  Yes.
17   A.  No.
18   Q.  Where did you put in the work that
19  constituted your investigation of the Benjamin --
20  of the Lloyd Benjamin and Hunter Wash murders?
21   A.  The location wherever I was assigned to
22  go.  If I went to a person's house it would be
23  taking my squad car to the house to conduct the
24  investigation.

Page 49

1    Q.  And was that the only location where you
2  performed duties in connection with your
3  investigation?
4    A.  I don't understand.
5    Q.  Did you perform any duties related to your
6  investigation at a building?
7    A.  In the Wash incident?
8    Q.  Yes.
9    A.  Yes.
10   Q.  What building was that?
11   A.  Area 3.
12   Q.  Area 3 is a geographic area; is that
13  correct?
14   A.  Yes.
15   Q.  Okay.  So the building would be the
16  headquarters of Area 3; is that correct?
17   A.  Yes.
18   Q.  And what's the address of that building?
19   A.  I don't recall the exact address, but it
20  was 39th and California.
21   Q.  Okay.  And did you perform duties in
22  connection with this investigation on the first
23  floor of Area 3 headquarters?
24   A.  No.

JOHN PALADINO
June 16, 2022

Page 50

1    Q.  Did you perform duties in connection with
2  the investigation on the second floor of Area 3
3  headquarters?
4    A.  I don't recall if it was the second floor,
5  but it was the top -- second or third if I recall.
6    Q.  What was on the floor where you performed
7  the duties in connection with the double murder
8  investigation?
9    A.  Offices.
10    Q.  You said offices?
11    A.  Offices, desks.
12    Q.  Okay.  And whose offices were located on
13  that floor?
14    A.  On advice of counsel I respectfully plead
15  the fifth.
16    Q.  Did you have an office on that floor?
17    A.  On advice of counsel I respectfully plead
18  the fifth.
19    Q.  Did you do -- did you do any writing in
20  connection with your investigation of the double
21  murders?
22    A.  Writing as far as what?
23    Q.  Did you write any notes?
24    A.  I don't recall if I did or not.

Page 51

1    Q.  If you did would you have written those
2  notes sitting on the floor?
3    A.  I don't recall.
4    Q.  If you did would you have written those
5  notes sitting in the toilet?
6    MS. BITOY:  Objection, form.
7    THE WITNESS:  On advice of counsel I
8  respectfully plead the fifth.
9  BY MR. ODIM:
10    Q.  Did you perform any of your duties in
11  connection with a double murder investigation on
12  the second floor of Area 3 headquarters?
13    A.  It was the second floor.  It was the top
14  floor.  That was the second floor, yes.
15    Q.  Well, would you take my representation
16  that the third floor was the detective's floor?
17    A.  Okay.  The third floor then was (technical
18  difficulties).
19    THE REPORTER:  I'm sorry, can you repeat that?
20    THE WITNESS:  Third floor is the detective's
21  floor.  That's what you were referring to; right?
22  BY MR. ODIM:
23    Q.  That's right.  So my question is did you
24  do perform any of the duties in connection with the

Page 52

1  investigation of the double murders on the second
2  floor of Area 3 headquarters?
3    A.  I didn't do any duties on the second
4  floor, no.
5    Q.  Did your commander have an office on the
6  second floor of thirty -- of the headquarters of
7  Area 3?
8    A.  Upon advice of counsel I respectfully
9  plead the fifth.
10    Q.  And you take the position that you will --
11  today that you will not give truthful testimony
12  about the identity of your commander at the time of
13  the -- at the time that you were doing the
14  investigations of the double murder?
15    A.  On advice of counsel I respectfully plead
16  the fifth.
17    Q.  During your investigations of the double
18  murder of Lloyd Benjamin and Hunter Wash did Jon
19  Burge talk to you?
20    A.  On advice of counsel I respectfully plead
21  the fifth.
22    Q.  During your investigation of the double
23  murders did you talk to Jon Burge?
24    A.  Upon advice of counsel I respectfully

Page 53

1  plead the fifth.
2    Q.  During your investigation of the double
3  murders did Jon Burge give you any orders?
4    A.  On advice of counsel I respectfully plead
5  the fifth.
6    Q.  During an investigation of the double
7  murders -- just to clarify, the double murders of
8  course are the Lloyd Benjamin and Hunter Wash
9  double murders.  So I may not always preface double
10  murders with the identify, but the only
11  investigation that we're talking about.
12    During the investigation of the
13  double murders, did you follow any directions
14  provided by Jon Burge?
15    A.  On advice of counsel I respectfully plead
16  the fifth.
17    Q.  During your investigation of the double
18  murders was Jon Burge present at any time in Area 3
19  headquarters when you were present in Area 3
20  headquarters?
21    A.  On advice of counsel I respectfully plead
22  the fifth.
23    Q.  Who is the Lieutenant Regan?
24    A.  On advice of counsel I respectfully plead

JOHN PALADINO
June 16, 2022

Page 54

1  the fifth.
2     Q. Who appointed you to the investigation of
3  the double murders?
4     MS. BITOY: You can answer that as it relates
5  to the --
6     THE WITNESS: I don't -- who assigned me to the
7  case.
8  BY MR. ODIM:
9     Q. Were you -- did you have a particular
10  title that accompanied the assignment of you to the
11  double murder?
12     MS. BITOY: Objection to form. You can answer
13  to the extent that you understand the question.
14     THE WITNESS: I was a detective.
15  BY MR. ODIM:
16     Q. When did you become a detective with the
17  Chicago Police Department?
18     A. On advice of counsel I respectfully plead
19  the fifth.
20     Q. Okay. At the time of your investigation
21  of the double murders did you have a partner?
22     A. Upon advice of counsel I respectfully
23  plead the fifth.
24     Q. Prior to your being appointed to

Page 55

1  investigate the double murder did you have a
2  partner?
3     A. On advice of counsel I respectfully plead
4  the fifth.
5     Q. After the completion of your investigation
6  of the double murders did you have a partner?
7     A. On advice of counsel I respectfully plead
8  the fifth.
9     Q. Do you know who William Moser is?
10     MS. BITOY: As it relates to this investigation
11  you can answer that question.
12     THE WITNESS: He was a detective in Area 3.
13  BY MR. ODIM:
14     Q. My question is do you know who William
15  Moser is? Not the addition that your counsel
16  added. My question is do you know who William
17  Moser is?
18     A. William Moser was a detective in Area 3.
19     Q. He is also a defendant in this lawsuit;
20  right?
21     A. I believe so, yes.
22     Q. Do you know who John Byrne is, B-y-r-n-e?
23     A. He was a sergeant in Area 3.
24     Q. Do you know who Louis Caesar is?

Page 56

1     A. Detective in Area 3.
2     Q. Do you know who Henry Leja is?
3     A. He was a detective in Area 3.
4     Q. Do you know who Jerome Rusnak is?
5     A. He was a detective in Area 3.
6     Q. Did you say Area 2?
7     A. 3.
8     Q. 3?
9     A. Yes.
10     Q. Do you know who Victor Breska is?
11     A. He was a detective in Area 3.
12     Q. Do you know who John McCann is?
13     A. He was a detective in Area 3.
14     Q. Do you know who Phillip Collins is?
15     A. He was a detective in Area 3.
16     Q. Do you know who John O'Mara is?
17     A. He was a detective in Area 3.
18     Q. And again, do you know who Jon Burge is?
19     A. Upon advice of counsel I respectfully
20  plead the fifth.
21     Q. I didn't hear that full answer.
22     A. Upon advice of counsel I respectfully
23  plead the fifth.
24     Q. Did you ever talk to Anthony Maslanka

Page 57

1  about the investigation of the double murders?
2     A. During the investigation?
3     Q. At any time.
4     A. I believe during the investigation I must
5  have talked to him, yes. I don't recall when or
6  what I said.
7     Q. Did you talk to Anthony Maslanka after the
8  investigation about the double murders that you
9  investigated?
10     A. After -- I don't understand after the
11  investigation. Like when?
12     Q. When was the last time you talked to
13  Anthony Maslanka?
14     A. I call him occasionally.
15     Q. After you completed the investigation of
16  the double murders; correct?
17     A. After I completed the investigation of the
18  double murders did I ever talk to him?
19     Q. About the double murders.
20     A. I don't recall if I did.
21     Q. Have you ever talked to William Moser
22  about the double murders?
23     A. I don't recall.
24     Q. Have you ever talked to John Byrne about

JOHN PALADINO
June 16, 2022

Page 58

1    the double murders?
2        A.  I don't recall.
3        Q.  Have you ever talked to Louis Caesar about
4    the double murders?
5        A.  I don't recall.
6        Q.  Have you ever talked to Henry Leja about
7    the double murders?
8        A.  I don't recall.
9        Q.  Have you ever talked to Jerome Rusnak
10   about the double murders?
11       A.  I don't recall.
12       Q.  Have you ever spoke to Victor Breska about
13   the double murders?
14       A.  I don't recall.
15       Q.  Have you ever spoken to John McCann about
16   the double murders?
17       A.  I don't recall.
18       Q.  Have you ever spoken to Phillip Collins
19   about the double murders?
20       A.  I don't recall.
21       Q.  Have you ever spoken to John O'Mara about
22   the double murders?
23       A.  I don't recall.
24       Q.  Have you ever spoken to Jon Burge about

Page 59

1    the double murders?
2        A.  I don't recall.
3        Q.  Is there anything that would assist you in
4    recalling whether you ever spoke to Jon Burge about
5    the double murders?
6        A.  After reviewing all of my reports I have
7    no recollection of this case or who I would talk
8    to.
9        MR. ODIM:  Let's take a ten-minute break.  Is
10   that okay?
11       MS. BITOY:  Yeah, that's fine.
12       MR. ODIM:  So it's now 11:07.  How about a
13   little more ten?  Come back at 11:20?
14       MS. BITOY:  Okay.  That's fine.
15       MR. ODIM:  Okay.  Thanks.
16       THE VIDEOGRAPHER:  Going off the record.  The
17   time is 16:07 UTC.
18          (Break taken.)
19       THE VIDEOGRAPHER:  We are back on the record.
20   The time is 16:21 UTC.  You may proceed.
21       BY MR. ODIM:
22       Q.  Mr. Paladino, I had asked you just before
23   we took a break whether you had spoken to
24   detectives who you identified as knowing.  They

Page 60

1    all -- they were all defendants in this case.  Do
2    you understand that?
3        A.  Yes.
4        Q.  Okay.  Let me ask you about Louis Caesar.
5    Are you aware that he did not invoke the fifth
6    amendment right during his deposition in this case?
7        MS. BITOY:  Objection, form, foundation.
8        THE WITNESS:  Upon advice of counsel I
9    respectfully plead the fifth.
10       BY MR. ODIM:
11       Q.  Are you aware that during his deposition
12   Louis Caesar did not invoke his fifth amendment
13   right when he was asked if he would tell the truth?
14       MS. BITOY:  Objection, form, foundation.  Just
15   say that you're unaware if --
16       THE WITNESS:  I was unaware of it.
17       MR. ODIM:  Are you testifying for him,
18   Jennifer?
19       MS. BITOY:  No.  No.  I was just stating that
20   he can answer the question.  To the extent that you
21   are aware or aren't aware you can answer, sir.
22       THE WITNESS:  Not aware of it.
23       BY MR. ODIM:
24       Q.  Were you aware that Louis Caesar did not

Page 61

1    invoke a fifth amendment right when he was asked
2    about torture allegations at the CPD?
3        MS. BITOY:  Objection, form, foundation.  You
4    may answer to the extent you know.
5        THE WITNESS:  I was never aware of anything he
6    said.
7        BY MR. ODIM:
8        Q.  You have been looking intermittently at a
9    document in front of you.  Is that the
10   supplementary report of January 2nd, 1990?
11       A.  I have that, but I wasn't looking at that.
12       Q.  Okay.  Well, would you take that out and
13   look at it now?
14       MR. ODIM:  And we'll mark this --
15       MS. BITOY:  -- as Exhibit 1, Carlton?
16       MR. ODIM:  Yeah, we'll mark that as Exhibit 1.
17       THE WITNESS:  Okay.
18          (Exhibit No. 1 marked.)
19       BY MR. ODIM:
20       Q.  Okay.  Are you familiar with Exhibit 1?
21       A.  I have read it.
22       Q.  Are you familiar with it?
23       A.  No.
24       Q.  Okay.  Why are you not familiar with it?

JOHN PALADINO
June 16, 2022

Page 62

1    A.  Because I have read the report and I have
2    no recollection of the case at all.
3    Q.  At the bottom of the first page of Exhibit
4    1 your name appears in typeface as Detective John
5    Paladino, No. 9938.  Is that a reference to you?
6    A.  Yes.
7    Q.  And in the personnel assigned section your
8    name also appears in typeface as J Paladino
9    No. 9938.  That also refers to you; right?
10    A.  Correct.
11    Q.  Okay.  Now when you say that you have no
12    memory of this incident, are you saying that after
13    reading this Exhibit 1 you have no memory at all of
14    the investigation that you conducted with Detective
15    Maslanka, Collins and Ptak?
16    A.  After reading the report I have no
17    independent recollection of what happened on
18    December of 19 –
19    THE REPORTER:  I'm sorry, I didn't hear the end
20    of that -- the date.
21    THE WITNESS:  I have no independent
22    recollection after reading the report December
23    1989.
24

Page 63

1    BY MR. ODIM:
2    Q.  Do you have any recollection of talking
3    with Detective Maslanka prior to the preparation of
4    Exhibit 1?
5    A.  I don't recall talking to him.  And if I
6    did I don't recall what I said.
7    Q.  Did you have any part in the preparation
8    of Exhibit 1?
9    A.  It was authored by Detective Maslanka.
10    Q.  Did you have any part in the preparation
11    of Exhibit 1?
12    A.  As far as what I did?  I don't recall
13    having any part of it.
14    Q.  During the investigation of the double
15    murders were you ever alone in an interview room
16    with James Gibson?
17    A.  I don't recall if I was.  And I don't read
18    it in the report that I was.
19    Q.  At any point during your investigation of
20    the double murders were you alone in an interview
21    room with Keith Johnson?
22    A.  I didn't read it in the report if I was
23    and I don't recall if I ever was.
24    Q.  During your investigation of the double

Page 64

1    murder were you ever in an interview room with
2    James Gibson, Detective Maslanka, Detective Collins
3    and Detective Ptak all at the same time?
4    A.  I don't recall if I was.  And I don't read
5    that on any of the report.
6    Q.  After you went home on December 30th,
7    1989, did you have any involvement with the
8    investigation of the double murders?
9    A.  I don't recall.
10    Q.  Does that mean you may have or you don't
11    recall?
12    A.  Will you repeat that question.  I don't
13    understand it.
14    Q.  You were on the night shift on December
15    29th, 1989; right?
16    A.  Yes.
17    Q.  And you left work in the early morning of
18    December 30th at approximately 1:00 a.m.; correct?
19    A.  Yes.
20    Q.  After 1:00 a.m. on December 30th, did you
21    have any involvement with the investigation of the
22    double murders?
23    A.  I don't recall any involvement.  And I
24    don't see anything in the report that state that I

Page 65

1    had any involvement further.
2    Q.  During your employment at the Chicago
3    Police Department you heard – did you not hear of
4    allegations of torture?
5    MS. BITOY:  Objection.  I'm sorry, Carton, I
6    thought you were done.
7    BY MR. ODIM:
8    Q.  Yeah, did you not hear of allegations of
9    torture of suspects by Chicago police officers in
10    Area 2?
11    MS. BITOY:  Objection, form, foundation.
12    THE WITNESS:  On advice of counsel I
13    respectfully plead the fifth.
14    BY MR. ODIM:
15    Q.  During your employment at the Chicago
16    Police Department did you hear of allegations of
17    torture by Chicago police officers of suspects in
18    Area 3?
19    A.  Upon advice of counsel I respectfully
20    plead the fifth.
21    Q.  Are you aware that the state
22    legislature – Illinois state legislature created
23    an Illinois torture inquiry and relief commission
24    to investigate claims of torture and abuse by

JOHN PALADINO
June 16, 2022

Page 66

1   former Chicago police commander Jon Burge and
2   officers under his supervision?
3       A.  On advice of counsel I respectfully plead
4   the fifth.
5       Q.  Are you aware that in April 2016 the
6   police accountability task force made
7   recommendations for -- (technical issues)
8           (The following is transcribed
9               from the audio record only.)
10  -- reform in order to facilitate the restoration of
11  trust between the Chicago police and the community
12  they serve?
13      A.  On advice of counsel I respectfully plead
14  the fifth.
15      THE VIDEOGRAPHER:  I am sorry to interrupt.  We
16  have lost our court reporter.  We are going off the
17  record.  The time is 16:31 UTC.
18          (The following is recorded
19              and transcribed by stenographic
20              means.)
21  MR. ODIM:  The same stipulation as we had prior
22  will govern any lapse.
23      THE VIDEOGRAPHER:  We are back on the record.
24  The time is 16:32 UTC.  Please proceed.

Page 67

1   MR. ODIM:  So we -- the parties agree, am I
2   correct, Jennifer and Terrence, that the prior
3   stipulation regarding the lapsed involvement of the
4   court reporter will cover the most recent lapse?
5       MS. BITOY:  Yes, we stipulate to that.
6       MR. ODIM:  Okay.  Thank you.
7   BY MR. ODIM:
8       Q.  Are you aware, Mr. Paladino, that the
9   police accountability task force report stated that
10  from -- quote, from 1972 to 1991 CPD detective and
11  commander Jon Burge and others he supervised
12  tortured and abused at least a hundred African
13  Americans on the south and west sides in attempts
14  to coerce confessions?
15      A.  On advice of counsel I respectfully plead
16  the fifth.
17      Q.  Are you willing to give truthful testimony
18  today about whether you participated with Jon Burge
19  and others in the torture of African Americans on
20  the south and west sides in attempts to coerce
21  confessions?
22      MS. BITOY:  Objection, form, foundation.
23      THE WITNESS:  Upon advice of counsel I
24  respectfully plead the fifth.

Page 68

1   BY MR. ODIM:
2       Q.  Are you aware that in 2010 Jon Burge was
3   convicted of charges of perjury and obstruction of
4   justice for falsely denying that he and detectives
5   under his command had engaged in torture and abuse
6   and denying that he was aware of this torture and
7   physical abuse of suspects?
8       A.  On advice of counsel I respectfully plead
9   the fifth.
10      Q.  Are you aware that in 2015 the Chicago
11  city council recognized that the torture of African
12  American suspects by Burge and officers working
13  under his command was an exceedingly sad and
14  painful chapter in Chicago's history?
15          And the council formally
16  expressed its profound regret for any and all
17  shameful treatment of citizens of Chicago that
18  occurred?
19      A.  Upon advice of counsel I respectfully
20  plead the fifth.
21      Q.  Are you willing to truthfully testify
22  today whether you've invoked the fifth amendment in
23  any -- in relation to any allegation of torture or
24  physical abuse that has been made against you as a

Page 69

1   Chicago police officer?
2       A.  On advice of counsel I respectfully plead
3   the fifth.
4       Q.  Has a suspect ever sued you for violation
5   of his or her constitutional rights as a result of
6   allegations of physical abuse?
7       A.  On advice of counsel I respectfully plead
8   the fifth.
9       Q.  Mr. Paladino, have you ever physically
10  abused a suspect?
11      A.  On advice of counsel I respectfully plead
12  the fifth.
13      Q.  Mr. Paladino, are you willing to
14  truthfully testify whether you have ever tortured a
15  suspect?
16      MS. BITOY:  I am just going to object to
17  foundation.
18      THE WITNESS:  On advice of counsel I
19  respectfully plead the fifth.
20  BY MR. ODIM:
21      Q.  Mr. Paladino, are you willing to
22  truthfully testify whether you have ever
23  administered electric shocks to the groin of a
24  suspect?

JOHN PALADINO
June 16, 2022

Page 70

1     MS. BITOY: Objection, foundation.
2     THE WITNESS: On advice of counsel I
3  respectfully plead the fifth.
4  BY MR. ODIM:
5     Q.  Mr. Paladino, are you willing to
6  truthfully testify today whether or not you have
7  ever pointed your service revolver at the head of a
8  suspect?
9     MS. BITOY: Objection, form, foundation.
10     THE WITNESS: On advice of counsel I
11  respectfully plead the fifth.
12     MR. ODIM: You know, we may be through. But
13  having said that that's famous last words. Give me
14  five minutes.
15     MR. BITOY: Okay.
16     MR. ODIM: And then we will come back on and
17  see if we can wind it up.
18     MS. BITOY: Okay.
19     THE VIDEOGRAPHER: Going off the record. The
20  time is 16:37 UTC.
21         (Break taken.)
22     THE VIDEOGRAPHER: We are back on the record.
23  The time is 16:47 UTC. You may proceed.
24

Page 71

1  BY MR. ODIM:
2     Q.  Mr. Paladino, I asked you a question
3  earlier during this deposition about a Michael
4  Saunders.
5         (The following is transcribed
6          from the audio recording only.)
7     THE VIDEOGRAPHER: Sorry to interrupt. We lost
8  our court reporter. We are going off the record.
9  The time is 16:47 UTC.
10         (Break taken.)
11         (The following is recorded
12          and transcribed by stenographic
13          means.)
14     THE VIDEOGRAPHER: We are going back on the
15  record. The time is 16:49 UTC.
16  BY MR. ODIM:
17     Q.  Mr. Paladino, I asked you a question
18  earlier during this deposition about a Michael
19  Saunders. I want to ask you a few follow-ups
20  related to Michael Saunders.
21         At the time you interacted with
22  Michael Saunders you knew he was a minor did you
23  not?
24     MS. BITOY: Objection, form, foundation.

Page 72

1     THE WITNESS: Upon advice of counsel I
2  respectfully plead the fifth.
3  BY MR. ODIM:
4     Q.  Did you pull an earring out of Michael
5  Saunders' ear tearing his ear lobe?
6     MS. BITOY: I am just going to object to asked
7  and answered and form and foundation.
8     THE WITNESS: Upon advice of counsel I
9  respectfully plead the fifth.
10  BY MR. ODIM:
11     Q.  Did you slap Michael Saunders and say to
12  him that if he didn't confess he would be taken to
13  the railroad tracks and shot?
14     MS. BITOY: Objection, form, foundation.
15     THE WITNESS: On advice of counsel I
16  respectfully plead the fifth.
17  BY MR. ODIM:
18     Q.  I also asked you earlier about Marcus
19  Wiggins. At the time you questioned Marcus Wiggins
20  you knew Marcus Wiggins was a minor.
21     MS. BITOY: Objection. Sorry. Objection,
22  form, foundation.
23     THE WITNESS: On advice of counsel I
24  respectfully plead the fifth.

Page 73

1  BY MR. ODIM:
2     Q.  You recall – do you recall that you were
3  given a ten-day suspension after an OPS
4  investigation in connection with allegations made
5  against you by Jesse Clemon?
6     MS. BITOY: Objection, form, foundation.
7     THE WITNESS: On advice of counsel I
8  respectfully plead the fifth.
9  BY MR. ODIM:
10     Q.  So you cannot give truthful testimony
11  about a ten-day suspension that you may have
12  received from OPS?
13     MS. BITOY: Objection, foundation.
14     THE WITNESS: On advice of counsel I
15  respectfully plead the fifth.
16  BY MR. ODIM:
17     Q.  Mr. Paladino, have you ever been – have
18  you ever settled a lawsuit filed against you for
19  breach of – I mean, for violation of
20  constitutional rights of a suspect?
21     A.  On advice of counsel I respectfully plead
22  the fifth.
23     Q.  Can you give truthful testimony today
24  about whether or not you participated in a

JOHN PALADINO
June 16, 2022

Page 74

1  settlement filed against you – (technical issues)
2         (The following is transcribed
3            from the audio record only.)
4  – by Marcus Wiggins for $95,000?
5     MS. BITOY: Objection, form, foundation.
6     THE WITNESS: On advice of counsel I
7  respectfully plead the fifth.
8     THE VIDEOGRAPHER: I am sorry to interject
9  again. The court reporter is lost. Going off the
10 record. The time is 16:52 UTC.
11        (Break taken.)
12        (The following is recorded
13          and transcribed by stenographic
14          means.)
15    THE VIDEOGRAPHER: We are back on the record.
16 The time is 17:04 UTC. Please proceed.
17    MR. ODIM: Again, we had a technical issue with
18 the reporter. I think the parties all agree that
19 the same stipulation that was earlier entered into
20 will apply to the court reporter's lapse. Am I
21 correct?
22    MS. BITOY: Yes.
23    MR. ODIM: Thank you.
24        With that I have no further

Page 75

1  questions.
2     MS. BITOY: I have no questions for you.
3     MR. BURNS: I have no questions either. Burns
4  talking. Thank you.
5     MR. ODIM: Thank you all.
6     MS. BITOY: Are we're are going to reserve
7  signature with all the technological issues. We
8  will review.
9     THE VIDEOGRAPHER: This will conclude today's
10 deposition. The time is 17:05 UTC. We are off the
11 record.
12        (WITNESS EXCUSED)
13
14
15
16
17
18
19
20
21
22
23
24

Page 76

1     IN THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
2
   JAMES GIBSON,          )
3        Plaintiff,    )
                         )
4        vs.           )  No. 19-cv-4152
                         )
5  CITY OF CHICAGO, a     )
   municipal corporation, et )
6  al.,                  )
        Defendants.   )
7
8     I, JOHN PALADINO, have read the foregoing
9  transcript of my deposition taken on the 16th day
10 of June, 2022, consisting of pages 1 to 75, both
11 inclusive, and the foregoing is a true, correct and
12 complete transcript of my testimony so given at the
13 time and place aforesaid, and I again subscribe and
14 make oath to the same.
15    Please check one:
           I have submitted errata sheets.
16         No corrections were noted.
17
18           JOHN PALADINO
19 SUBSCRIBED AND SWORN TO
   before me this     day of
20           , 2022.
21
22
      Notary Public
23
24

Page 77

1
2           CERTIFICATE
3              OF
4       CERTIFIED SHORTHAND REPORTER
5
6     I, PATRICIA A. DUSING, a certified
7  shorthand reporter within and for the State of
8  Illinois, do hereby certify that heretofore,
9  to-wit, on the 16th day of June, 2022, remotely
10 appeared before me JOHN PALADINO, a witness called
11 by the plaintiff in a certain cause now pending and
12 undetermined in the United States District Court
13 for the Northern District of Illinois, Eastern
14 Division.
15      I further certify that the said
16 witness, JOHN PALADINO, was by me first duly sworn
17 to testify the truth, the whole truth and nothing
18 but the truth in the cause aforesaid; that the
19 testimony then given by him was by me reduced to
20 writing, by means of shorthand, in the presence of
21 said witness and afterwards transcribed upon a
22 computer, and the foregoing is a true and correct
23 transcript of the testimony so given by him as
24 aforesaid.

JOHN PALADINO
June 16, 2022

Page 78

1        I further certify that the reading and
2    signing of said deposition was reserved.
3        I further certify that I am not
4    counsel for nor in any way related to any of the
5    parties to this suit, nor am I in any way
6    interested in the outcome thereof.
7        In testimony whereof I have hereunto
8    set my hand this 5th day of July, 2022.
9
10
11
         PATRICIA A. DUSING, CSR
12         License No. 084-004071
13
14
15
16
17
18
19
20
21
22
23
24

Page 79

1    Errata Sheet
2
3    NAME OF CASE: GIBSON vs CITY OF CHICAGO, ET AL.
4    DATE OF DEPOSITION: 06/16/2022
5    NAME OF WITNESS: JOHN PALADINO
6    Reason Codes:
7        1. To clarify the record.
8        2. To conform to the facts.
9        3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25        _____

JOHN PALADINO
June 16, 2022

---

**$**

**$95,000**
  74:4

---

**1**

**1**
  8:24 61:15,16,
  18,20 62:4,13
  63:4,8,11
**10**
  8:24
**11:07**
  59:12
**11:20**
  59:13
**15**
  4:1
**15:22**
  24:5
**15:24**
  24:8
**15:28**
  27:21
**15:30**
  27:24
**15:35**
  32:5
**15:38**
  32:22
**16:07**
  59:17
**16:21**
  59:20
**16:31**
  66:17
**16:32**

---

66:24
**16:37**
  70:20
**16:47**
  70:23 71:9
**16:49**
  71:15
**16:52**
  74:10
**16th**
  4:2
**17:04**
  74:16
**17:05**
  75:10
**19**
  62:18
**1968**
  8:1 15:15
**1972**
  67:10
**1984**
  24:11,14
**1985**
  24:21 25:7,20,
  24 26:4,8,14
**1986**
  26:20,24 27:6,
  12 28:7,11,17,
  23
**1987**
  29:5,9,15,21
  30:3,9,15
**1988**
  30:22 31:2,8
  33:2,4,10,16,
  22
**1989**
  62:23 64:7,15

---

**1990**
  34:4,9,15,22
  35:4,9,16,23
  36:5,12 61:10
**1991**
  36:18,23
  37:18,23 38:6,
  12,17,23 39:5,
  11,16,22 40:4,
  9,15,21 41:2,
  8,13,19 42:1,
  8,22 43:2,8,
  14,21 44:3,7,
  14,20 45:4,8,
  15 67:10
**1993**
  45:22 46:2,8
**1995**
  46:15,20 47:3
**1:00**
  64:18,20

---

**2**

**2**
  15:22 16:3,6,
  10,15,20,24
  17:8,13,18,23
  18:4,9,14,19,
  24 19:9 56:6
  65:10
**2003**
  7:22 15:18
**2010**
  68:2
**2015**
  68:10
**2016**
  66:5
**2022**
  4:2

---

**29th**
  64:15
**2nd**
  61:10

---

**3**

**3**
  19:15,19,24
  20:5,9,12,16,
  21 21:2,7,11,
  16,21 22:2,7,
  12,17,22 23:3,
  8,13,20 49:11,
  12,16,23 50:2
  51:12 52:2,7
  53:18,19
  55:12,18,23
  56:1,3,5,7,8,
  11,13,15,17
  65:18
**30th**
  64:6,18,20
**39th**
  49:20

---

**4**

**44**
  24:24 25:23

---

**9**

**9938**
  62:5,9

---

**A**

**a.m.**
  64:18,20
**absent**
  32:14

---

JOHN PALADINO
June 16, 2022

**abuse**
 10:24 14:3,22
 15:6 26:7
 65:24 68:5,7,
 24 69:6

**abused**
 18:24 23:13
 67:12 69:10

**access**
 42:7

**accompanied**
 54:10

**accountability**
 66:6 67:9

**acknowledge**
 6:6,9

**action**
 5:2

**added**
 55:16

**addition**
 55:15

**address**
 49:18,19

**administer**
 38:4 41:18

**administered**
 69:23

**administrated**
 6:10

**advice**
 8:19 9:7,12,18
 10:1,15,20
 11:4,12,18
 12:1 13:9,15,
 19,24 14:10,
 17,23 15:4,8,
 12,23 16:4,7,
 12,16,21 17:1,
 4,9,14,19,24

 18:5,10,15,20
 19:1,11,16
 20:2,6,10,13,
 17,22 21:3,8,
 12,17,22 22:3,
 8,13,18,23
 23:4,9,15,22
 24:12,17,22
 25:3,9,16,21
 26:1,5,10,16,
 21 27:2,8,13
 28:8,13,19
 29:1,6,11,17,
 23 30:5,11,17,
 23 31:4,10,19
 32:1 33:6,12,
 18,24 34:5,11,
 17,24 35:5,11,
 18 36:1,7,14,
 19 37:1,7,13,
 19 38:1,8,13,
 19 39:1,7,12,
 18,24 40:5,11,
 17,23 41:4,9,
 15,21 42:3,10,
 17,23 43:4,10,
 16,23 44:4,9,
 16,22 45:5,10,
 17,23 46:4,10,
 16,22 47:5,12,
 17,23 48:6
 50:14,17 51:7
 52:8,15,20,24
 53:4,15,21,24
 54:18,22 55:3,
 7 56:19,22
 60:8 65:12,19
 66:3,13 67:15,
 23 68:8,19
 69:2,7,11,18
 70:2,10 72:1,
 8,15,23 73:7,
 14,21 74:6

**African**
 67:12,19 68:11

**Afterwards**
 5:6

**agree**
 4:3 6:19,20,21
 67:1 74:18

**agreement**
 6:16,17

**allegation**
 68:23

**allegations**
 61:2 65:4,8,16
 69:6 73:4

**amendment**
 8:23 60:6,12
 61:1 68:22

**American**
 68:12

**Americans**
 67:13,19

**and/or**
 4:7

**Anderson**
 35:4,9,14
 36:10

**Anderson's**
 36:4

**Andrew**
 5:20 26:19,23
 27:5,11

**answer**
 8:20 9:1 48:12
 54:4,12 55:11
 56:21 60:20,21
 61:4

**answered**
 13:8 72:7

**Anthony**
 56:24 57:7,13

**anyone**

**Afterwards**
 4:17 12:5,14

**apologize**
 14:9

**appearances**
 5:5

**appears**
 62:4,8

**apply**
 74:20

**appointed**
 31:23 54:2,24

**approximately**
 64:18

**April**
 66:5

**area**
 15:21 16:3,6,
 10,15,20,24
 17:8,13,18,23
 18:4,9,14,19,
 24 19:9,15,19,
 24 20:5,8,9,
 12,16,21 21:2,
 7,11,16,21
 22:2,7,12,17,
 22 23:3,8,13,
 20 49:11,12,
 16,23 50:2
 51:12 52:2,7
 53:18,19
 55:12,18,23
 56:1,3,5,6,11,
 13,15,17
 65:10,18

**argumentative**
 11:11

**arms**
 34:15

**around**
 26:23

JOHN PALADINO
June 16, 2022

arrangement
  6:14

arrest
  12:22

arrested
  17:17 22:6

Article
  8:24

asked
  8:9 13:8 59:22
  60:13 61:1
  71:2,17 72:6,
  18

asking
  33:1

ass
  42:15

assigned
  10:3 19:19
  31:13 48:21
  54:6 62:7

assignment
  54:10

assist
  59:3

attempt
  44:12

attempts
  67:13,20

attorney-client
  4:8

attorneys
  6:5

audio
  4:2 24:1 28:3
  66:9 71:6 74:3

authored
  63:9

aware
  60:5,11,21,22,
  24 61:5 65:21
  66:5 67:8
  68:2,6,10

---

**B**

B-Y-R-N-E
  55:22

back
  8:8 24:7 27:23
  32:20,21
  59:13,19 66:23
  70:16,22 71:14
  74:15

bag
  29:20

barely
  5:12

based
  32:15

bat
  47:20

beat
  24:14 26:23
  27:5 28:16
  31:1 33:3,9
  34:14,20 35:14
  37:4,10 38:22
  39:4,21 40:14,
  20 41:24 47:2,
  20

Beck
  5:22

began
  13:13,22 14:20

begin
  7:23

behalf
  4:24 5:4,10,

18,21,22,24
  6:2

believe
  12:6,22 55:21
  57:4

Benjamin
  10:4 12:4,13
  19:20 20:1
  31:15,24 48:3,
  9,19,20 52:18
  53:8

better
  5:15,16,17

Bitoy
  5:10,13,18
  6:20 11:1,3,
  10,17 13:6,8
  14:5,8,16
  19:5,10 23:14,
  21,24 24:16
  25:2,8,15
  26:9,15 27:1,
  7,18 28:12,18,
  24 29:10,16,22
  30:4,10,16
  31:3,9 33:5,
  11,17,23
  34:10,16,23
  35:10,17,24
  36:6,13,24
  37:6,12,24
  38:7,18,24
  39:6,17,23
  40:10,16,22
  41:3,14,20
  42:2,9,16
  43:3,9,15,22
  44:8,15,21
  45:9,16 46:3,
  9,21 47:4,16,
  22 48:11 51:6
  54:4,12 55:10
  59:11,14 60:7,
  14,19 61:3,15

65:5,11 67:5,
  22 69:16 70:1,
  9,15,18 71:24
  72:6,14,21
  73:6,13 74:5,
  22 75:2,6

black
  42:15

blow
  36:4

board
  32:10

body
  26:24 38:5
  44:20

book
  33:10

bottom
  62:3

brains
  36:5

breach
  73:19

break
  23:24 24:6
  27:22 32:6
  59:9,18,23
  70:21 71:10
  74:11

Breska
  56:10 58:12

broke
  32:24

Brown
  34:4,9,14,20

Brown's
  35:22

building
  20:15,19 49:6,
  10,15,18

JOHN PALADINO
June 16, 2022

**Burge**
16:23 17:3
21:15 25:20
26:14 52:19,23
53:3,14,18
56:18 58:24
59:4 66:1
67:11,18 68:2,
12

**burn**
43:19 44:12

**Burns**
5:24 6:21
32:12,17 75:3

**button**
4:19

**Byrne**
55:22 57:24

---

**C**

**Caesar**
55:24 58:3
60:4,12,24

**California**
49:20

**call**
30:14 57:14

**called**
24:11

**car**
48:10,14,23

**Carlton**
5:8 6:19
32:12,17 61:15

**Carton**
65:5

**case**
12:7,23 54:7
59:7 60:1,6

62:2

**chain**
16:15 20:24
21:1

**chapter**
68:14

**charges**
68:3

**chest**
29:8 34:14
38:22

**Chicago**
4:23 6:1 7:18,
24 8:17 9:6,
11,17 11:22
13:13,18,23
14:13,21 15:2,
21 16:2,11
47:10 54:17
65:2,9,15,17
66:1,11 68:10,
17 69:1

**Chicago's**
68:14

**child**
42:7

**choke**
43:1 44:6 46:7

**cigarette**
43:20 44:13

**citizens**
68:17

**city**
4:23 6:1 14:21
68:11

**claims**
65:24

**clarification**
7:15

**clarify**
53:7

**Clemon**
37:17,23
39:11,16,21
40:4,8,14,20
41:1 73:5

**Clemon's**
38:5

**click**
4:19

**Clinton**
36:18,22 37:4,
10

**closer**
5:13

**coerce**
67:14,20

**Collins**
56:14 58:18
62:15 64:2

**come**
59:13 70:16

**command**
16:15 21:1
68:5,13

**commander**
21:6 52:5,12
66:1 67:11

**commanding**
16:19,23 21:15

**commission**
65:23

**community**
66:11

**completed**
57:15,17

**completion**
55:5

**conclude**
75:9

**conduct**
10:8,10 12:12
13:4 25:19
26:13 31:7,14
48:23

**conducted**
48:2 62:14

**conducting**
7:11 9:23

**confess**
72:12

**confessed**
18:13,18,23
19:8 23:2,7,
12,19

**confessions**
67:14,21

**connection**
49:2,22 50:1,
7,20 51:11,24
73:4

**consent**
6:13

**constituted**
48:19

**constitution**
8:23,24

**constitutional**
8:21 69:5
73:20

**continue**
4:3

**conversations**
4:6,7

**convicted**
68:3

**corner**

JOHN PALADINO
June 16, 2022

4:20 42:14

**correct**
7:19,20 8:4
15:16,22 16:24
31:15 49:13,16
57:16 62:10
64:18 67:2
74:21

**Cortez**
34:4,8,14,20

**council**
68:11,15

**counsel**
5:5 6:13 8:19
9:7,12,18
10:1,15,20
11:4,12,18
12:1 13:9,15,
19,24 14:10,
17,23 15:4,8,
12,23 16:4,7,
12,16,21 17:1,
4,9,14,19,24
18:5,10,15,20
19:1,11,16
20:2,6,10,13,
17,22 21:3,8,
12,17,22 22:3,
8,13,18,23
23:4,9,15,22
24:12,17,22
25:3,9,16,21
26:1,5,10,16,
21 27:2,8,13
28:8,13,19
29:1,6,11,17,
23 30:5,11,17,
23 31:4,10,19
32:1 33:6,12,
18,24 34:5,11,
17,24 35:5,11,
18 36:1,7,14,
19 37:1,7,13,
19 38:1,8,13,

19 39:1,7,12,
18,24 40:5,11,
17,23 41:4,9,
15,21 42:3,10,
17,23 43:4,10,
16,23 44:4,9,
16,22 45:5,10,
17,23 46:4,10,
16,22 47:5,12,
17,23 48:6
50:14,17 51:7
52:8,15,20,24
53:4,15,21,24
54:18,22 55:3,
7,15 56:19,22
60:8 65:12,19
66:3,13 67:15,
23 68:8,19
69:2,7,11,18
70:2,10 72:1,
8,15,23 73:7,
14,21 74:6

**course**
24:3 53:8

**court**
5:3,6 32:4,14
66:16 67:4
71:8 74:9,20

**cover**
25:12 67:4

**covered**
20:8

**CPD**
7:24 61:2
67:10

**created**
65:22

**creating**
4:10

**crimes**
18:13,18,23
19:8 23:2,7,

12,19

**Curtis**
44:3,6,19

**Curtis's**
44:12

---

**D**

**Damoni**
37:17,22 38:5

**date**
62:20

**dates**
16:10 20:5

**December**
62:18,22 64:6,
14,18,20

**declare**
6:11

**decline**
8:20

**defendant**
5:19 55:19

**defendants**
60:1

**denying**
68:4,6

**department**
9:11 11:22
13:14,23 15:2,
16,21 16:3,11
47:11 54:17
65:3,16

**depo**
4:20

**deponent**
5:11,19

**deposition**
4:14 6:6,7,8

7:12 60:6,11
71:3,18 75:10

**deprive**
36:10

**desks**
50:11

**detained**
17:22 22:11

**detective**
20:21 31:8,13,
17,22 34:7
35:7 36:21
37:21 38:15
39:14 40:7
41:11 45:13
54:14,16
55:12,18 56:1,
3,5,11,13,15,
17 62:4,14
63:3,9 64:2,3
67:10

**detective's**
51:16,20

**detectives**
17:7 21:20
59:24 68:4

**difference**
8:3,10 9:20

**difficulties**
28:1 51:18

**Diggins**
24:21,24 25:7,
13,20

**directions**
53:13

**distinction**
9:22 10:13
11:23 12:19
13:3

**Diyez**

JOHN PALADINO
June 16, 2022

38:12,16,22
39:4

**document**
61:9

**doing**
52:13

**Donald**
30:21 31:1,7
33:2,3,9,15,21

**double**
10:5 12:4,13,
18 13:4 50:7,
20 51:11 52:1,
14,17,22 53:2,
6,7,9,13,17
54:3,11,21
55:1,6 57:1,8,
16,18,19,22
58:1,4,7,10,
13,16,19,22
59:1,5 63:14,
20,24 64:8,22

**duly**
7:2

**Dusing**
5:3

**duties**
49:2,5,21
50:1,7 51:10,
24 52:3

---

**E**

---

**ear**
46:19 72:5

**earlier**
71:3,18 72:18
74:19

**early**
64:17

**earring**
46:18 72:4

**either**
75:3

**electric**
38:4 41:18
69:23

**employed**
47:10

**employment**
7:23 9:10
11:21 13:13,22
14:20 15:1,15
65:2,15

**end**
62:19

**ending**
15:18

**engaged**
68:5

**entered**
74:19

**environmental**
8:7

**epithets**
30:8

**evoke**
8:20

**exact**
49:19

**EXAMINATION**
7:5

**examined**
7:2

**exceedingly**
68:13

**EXCUSED**
75:12

**exhibit**
61:15,16,18,20
62:3,13 63:4,
8,11

**expressed**
68:16

**extent**
54:13 60:20
61:4

---

**F**

---

**face**
27:5 28:22
40:20 43:20
44:19 46:2

**facilitate**
66:10

**fair**
10:17,22 11:7,
15

**falsely**
68:4

**familiar**
61:20,22,24

**famous**
70:13

**far**
50:22 63:12

**fifth**
8:22 9:8,13,19
10:2,16,21
11:5,13,19
12:2 13:10,16,
20 14:1,11,18,
24 15:5,9,13,
24 16:5,8,13,
17,22 17:2,5,
10,15,20 18:1,
6,11,16,21
19:2,12,17

20:3,7,11,14,
18,23 21:4,9,
13,18,23 22:4,
9,14,19,24
23:5,10,16,23
24:13,18,23
25:4,10,17,22
26:2,6,11,17,
22 27:3,9,14
28:9,14,20
29:2,7,12,18,
24 30:6,12,18,
24 31:5,11,20
32:2 33:7,13,
19 34:1,6,12,
18 35:1,6,12,
19 36:2,8,15,
20 37:2,8,14,
20 38:2,9,14,
20 39:2,8,13,
19 40:1,6,12,
18,24 41:5,10,
16,22 42:4,11,
18,24 43:5,11,
17,24 44:5,10,
17,23 45:6,11,
18,24 46:5,11,
17,23 47:6,13,
18,24 48:7
50:15,18 51:8
52:9,16,21
53:1,5,16,22
54:1,19,23
55:4,8 56:20,
23 60:5,9,12
61:1 65:13,20
66:4,14 67:16,
24 68:9,20,22
69:3,8,12,19
70:3,11 72:2,
9,16,24 73:8,
15,22 74:7

**filed**
73:18 74:1

JOHN PALADINO
June 16, 2022

**final**
   4:16

**financially**
   5:2

**fine**
   59:11,14

**first**
   7:2 13:12
   49:22 62:3

**fists**
   37:11

**five**
   70:14

**fix**
   24:1

**flashlight**
   28:17 33:4
   34:21 37:5

**floor**
   20:19 49:23
   50:2,4,6,13,16
   51:2,12,13,14,
   16,17,20,21
   52:2,4,6

**follow**
   53:13

**follow-ups**
   71:19

**following**
   28:2 32:7
   66:8,18 71:5,
   11 74:2,12

**follows**
   7:3

**food**
   36:10

**force**
   66:6 67:9

**form**

11:1,3,10,17
14:5,9,16
19:5,10 23:14,
21 24:16 25:2,
8,15 26:9
27:1,7 28:12,
18 29:10,16,22
30:4,10,16
31:3,9 33:5,
11,17,23
34:10,23
35:10,17,24
36:6,13,24
37:6,12,24
38:7,18,24
39:6,17,23
41:20 42:2,16
43:3,9,15,22
44:15,21 45:9,
16 46:3,9,21
47:4,16,22
51:6 54:12
60:7,14 61:3
65:11 67:22
70:9 71:24
72:7,14,22
73:6 74:5

**formally**
   68:15

**foundation**
   11:1,3,10,17
   14:5,9,16
   19:5,10 23:14,
   21 24:16 25:2,
   8,15 26:9
   27:1,7 28:12,
   18 29:10,16,22
   30:4,10,16
   31:3,9 33:5,
   11,17,23
   34:10,23
   35:10,17,24
   36:6,13,24
   37:6,12,24

38:7,18,24
39:6,17,23
40:10,16,22
41:3,14,20
42:2,9,16
43:3,9,15,22
44:8,15,21
45:9,16 46:3,
9,21 47:4,16,
22 60:7,14
61:3 65:11
67:22 69:17
70:1,9 71:24
72:7,14,22
73:6,13 74:5

**front**
   61:9

**full**
   7:12 56:21

---

### G

**gallery**
   4:19

**geographic**
   49:12

**geographical**
   20:8

**Gibson**
   4:23 5:9 7:10
   63:16 64:2

**Gillespie**
   45:21 46:1,7

**give**
   8:13,16 9:2,4,
   9,14 16:1,9,
   14,18 17:6,11,
   16,21 18:2,7,
   12,17,22 19:7,
   14,22,24 20:4
   21:5,14,19,24
   22:5,10,15,20

23:1,6,11,18
28:5 29:4
30:20 31:21
34:3 35:3
36:17 37:16
38:11 39:10
40:3 41:7 44:2
45:2,20 46:13
47:8 52:11
53:3 67:17
70:13 73:10,23

**given**
   9:15,16 73:3

**goes**
   8:2,9

**going**
   5:13 14:8
   24:1,4 27:20
   32:4 42:15
   59:16 66:16
   69:16 70:19
   71:8,14 72:6
   74:9 75:6

**Good**
   7:8,9

**govern**
   66:22

**Gregory**
   47:9,14,20

**groin**
   29:14 69:23

**grounds**
   9:1

**guaranteed**
   8:22

**gun**
   47:14

---

### H

**hand**

JOHN PALADINO
June 16, 2022

40:14 46:1

**hands**
34:20

**hang**
33:15

**happened**
62:17

**head**
25:1,14 29:21
33:21 35:22
43:7 47:15
70:7

**headquarters**
20:12,16
49:16,23 50:3
51:12 52:2,6
53:19,20

**hear**
5:12 11:2 13:7
14:7 19:3
56:21 62:19
65:3,8,16

**heard**
7:10 65:3

**held**
4:8 13:12

**helps**
5:14

**Henry**
56:2 58:6

**history**
9:10 68:14

**hit**
29:8 41:1
44:19

**Hobbs**
6:2

**Hobley**
29:5,8,14
30:2,9,14

**Hobley's**
29:20

**Hold**
8:6

**home**
64:6

**house**
48:22,23

**Howard**
24:11,15

**hundred**
67:12

**Hunter**
10:5 12:4
19:20 20:1
31:15 48:3,9,
20 52:18 53:8

**hurl**
30:8

---

**I**

**Iamari**
39:11,15,21

**identified**
59:24

**identify**
53:10

**identity**
52:12

**Illinois**
9:1 65:22,23

**immediate**
21:10

**incident**
49:7 62:12

**incriminate**
9:3

**independent**
12:6 62:17,21

**indicate**
6:16

**individual**
5:11,19

**inquiry**
65:23

**interacted**
71:21

**interaction**
29:5 30:21
33:1 34:4 35:4
36:18 37:17
38:12 39:11
40:4 41:8
42:21 44:3
45:3,21 46:14
47:9

**interactions**
4:8 28:6

**interested**
5:2

**interface**
4:9,20

**interject**
74:8

**intermittently**
61:8

**interrogated**
10:24 11:16
18:8,19 22:21
23:8

**interrogation**
9:24 10:14
25:19 26:13
31:7 35:8,16
36:11,22 37:22
38:5,16,23
41:12 46:8,19

**interrogations**
10:11,18,23

**interrupt**
32:3 66:15
71:7

**interview**
9:23 10:14
12:5,8,14,24
24:14 63:15,20
64:1

**interviewed**
11:8 12:10,21
18:3,14 22:16
23:3

**interviewing**
24:10

**interviews**
10:8,17,23

**investigate**
10:4 19:19
55:1 65:24

**investigated**
57:9

**investigation**
10:5,7,10
12:3,12,18
13:4 20:1
31:14,23 34:8
48:2,8,11,19,
24 49:3,6,22
50:2,8,20
51:11 52:1,22
53:2,6,11,12,
17 54:2,20
55:5,10 57:1,
2,4,8,11,15,17
62:14 63:14,
19,24 64:8,21
73:4

**investigations**
52:14,17

JOHN PALADINO
June 16, 2022

**invoke**
   60:5,12  61:1

**invoked**
   68:22

**involve**
   10:18,23

**involved**
   14:14

**involvement**
   64:7,21,23
   65:1  67:3

**issue**
   8:7  24:1  74:17

**issues**
   66:7  74:1  75:7

---

### J

**Jackson**
   6:2

**James**
   4:22  5:8  7:10
   63:16  64:2

**January**
   61:10

**Jennifer**
   5:10,12,18
   6:20  14:6  19:3
   27:17  60:18
   67:2

**Jerome**
   56:4  58:9

**Jerry**
   28:6,10,16,22
   45:21  46:1,7

**Jesse**
   40:4,8,14,20
   41:1  73:5

**job**
   9:15  13:12

**John**
   4:22  7:1,14
   55:22  56:12,16
   57:24  58:15,21
   62:4

**Johnson**
   63:21

**Jon**
   16:23  17:3
   21:15  25:20
   26:14  52:18,23
   53:3,14,18
   56:18  58:24
   59:4  66:1
   67:11,18  68:2

**June**
   4:2

**justice**
   68:4

---

### K

**Keith**
   63:21

**kick**
   24:15  27:11
   28:10  29:14
   43:13

**kill**
   30:2

**kind**
   10:18

**knees**
   43:13

**knew**
   71:22  72:20

**know**
   8:3,10  9:20
   16:6  55:9,14,
   16,22,24  56:2,
   4,10,12,14,16,

   18  61:4  70:12

**knowing**
   59:24

---

### L

**lapse**
   66:22  67:4
   74:20

**lapsed**
   67:3

**large**
   4:18

**lawsuit**
   55:19  73:18

**lead**
   9:3

**left**
   64:17

**Legal**
   5:1,4

**legislature**
   65:22

**legs**
   33:16  34:21

**Leja**
   56:2  58:6

**lie**
   8:4,11

**lieu**
   6:10

**Lieutenant**
   53:23

**little**
   5:17  59:13

**Lloyd**
   10:4  12:3
   19:20,24  48:3,
   9,20  52:18

**53:8**

**lobe**
   72:5

**located**
   20:20  50:12

**location**
   48:5,21  49:1

**locked**
   4:11

**Logan**
   47:9,20

**Logan's**
   47:14

**look**
   61:13

**looking**
   61:8,11

**lost**
   66:16  71:7
   74:9

**Louis**
   55:24  58:3
   60:4,12,24

**lower**
   44:20

**Loyd**
   31:14

**Lucas**
   4:23

---

### M

**made**
   11:8  66:6
   68:24  73:4

**Madison**
   29:5,8,14,20
   30:2,8,14

JOHN PALADINO
June 16, 2022

**Magnum**
  25:1,23

**make**
  9:22 11:22
  13:2

**manner**
  6:14

**Marcus**
  41:8,12,19,24
  42:6,8,13
  72:18,19,20
  74:4

**mark**
  61:14,16

**marked**
  61:18

**Marron**
  24:21,24 25:7,
  13,19

**Maslanka**
  31:8,14,17,22
  34:7 35:7
  36:21 37:21
  38:15 39:14
  40:7 41:11
  45:13 56:24
  57:7,13 62:15
  63:3,9 64:2

**matter**
  4:22 6:12

**Maxwell**
  26:20,23 27:5,
  11

**Mccann**
  56:12 58:15

**mean**
  64:10 73:19

**means**
  15:7,11 32:9
  66:20 71:13

  74:14

**memory**
  62:12,13

**Michael**
  42:21 43:1,7,
  13,19 46:14,18
  47:2 71:3,18,
  20,22 72:4,11

**microphones**
  4:4

**mind**
  9:21 10:13
  12:16,17

**minor**
  42:7 71:22
  72:20

**minutes**
  27:19 70:14

**moment**
  23:24

**morning**
  7:8,9 64:17

**Moser**
  55:9,15,17,18
  57:21

**mother**
  42:7

**move**
  5:13

**Muman**
  26:3,8,14

**murder**
  10:5 50:7
  51:11 52:14,18
  54:11 55:1
  64:1

**murders**
  12:4,13,18
  13:5 19:20
  31:15,24 48:4,

  9,20 50:21
  52:1,23 53:3,
  7,9,10,13,18
  54:3,21 55:6
  57:1,8,16,18,
  19,22 58:1,4,
  7,10,13,16,19,
  22 59:1,5
  63:15,20 64:8,
  22

---

**N**

---

**name**
  4:23 6:17
  7:12,16 62:4,8

**named**
  24:20

**nature**
  13:17,21

**never**
  61:5

**nigger**
  30:14

**night**
  64:14

**nightstick**
  35:15

**noise**
  8:7

**nonsuspect**
  12:20

**nonsuspects**
  13:3

**note**
  4:4

**notes**
  50:23 51:2,5

**numerous**
  28:23

---

**O**

---

**O'MARA**
  56:16 58:21

**oath**
  6:10

**object**
  14:5 35:10
  43:3 69:16
  72:6

**objection**
  11:1,3,10,17
  13:6,8 14:9,16
  19:5,10 23:14,
  21 24:16 25:2,
  8,15 26:9,15
  27:1,7 28:12,
  18,24 29:10,
  16,22 30:4,10,
  16 31:3,9
  33:5,11,17,23
  34:10,16,23
  35:17,24 36:6,
  13,24 37:6,12,
  24 38:7,18,24
  39:6,17,23
  40:10,16,22
  41:3,14,20
  42:2,9,16
  43:9,15,22
  44:8,15,21
  45:9,16 46:3,
  9,21 47:4,16,
  22 51:6 54:12
  60:7,14 61:3
  65:5,11 67:22
  70:1,9 71:24
  72:14,21 73:6,
  13 74:5

**objections**
  6:14

**obstruction**

JOHN PALADINO
June 16, 2022

68:3

**occasionally**
57:14

**occurred**
68:18

**Odim**
5:8,12,16 6:4,
19,22 7:6
11:6,14,20
13:11 14:6,12,
19 19:3,6,13
23:17 24:3,9,
19 25:5,11,18
26:12,18 27:4,
10,16 28:4,15,
21 29:3,13,19
30:1,7,13,19
31:6,12 32:10,
13,20,23 33:8,
14,20 34:2,13,
19 35:2,13,20
36:3,9,16
37:3,9,15
38:3,10,21
39:3,9,20
40:2,13,19
41:1,6,17,23
42:5,12,19
43:6,12,18
44:1,11,18
45:1,12,19
46:6,12 47:1,
7,19 48:1,15
51:9,22 54:8,
15 55:13 59:9,
12,15,21
60:10,17,23
61:7,14,16,19
63:1 65:7,14
66:21 67:1,6,7
68:1 69:20
70:4,12,16
71:1,16 72:3,
10,17 73:1,9,

16 74:17,23
75:5

**office**
50:16 52:5

**officer**
7:18 8:18 9:6,
17,22 13:18
14:3,13 16:19,
23 21:15 69:1

**officers**
5:19 17:12
22:1 65:9,17
66:2 68:12

**offices**
50:9,10,11,12

**okay**
8:8,13 13:2
48:13 49:15,21
50:12 51:17
54:20 59:10,
14,15 60:4
61:12,17,20,24
62:11 67:6
70:15,18

**one**
42:15

**OPS**
73:3,12

**order**
66:10

**orders**
53:3

**outcome**
5:3

**outside**
4:8

**Owens**
38:12,17,22
39:4

---

**P**

P-A-L-A-D-I-N-O
7:14

P-A-L-L-I-D-I-N-
O
7:16

**page**
62:3

**painful**
68:14

**Paladino**
4:22 7:1,14
8:11 24:10
28:5 59:22
62:5,8 67:8
69:9,13,21
70:5 71:2,17
73:17

**part**
4:18 9:2 63:7,
10,13

**participants**
4:15

**participated**
67:18 73:24

**participating**
6:5

**particular**
48:4 54:9

**parties**
4:3 6:13 67:1
74:18

**partner**
31:18,23 34:8
35:8 36:22
37:22 38:16
39:15 40:8
41:12 45:14
54:21 55:2,6

**party**
5:1

**passed**
29:21

**Pat**
5:3

**penalty**
6:12

**people**
10:24 11:23,24
12:8,9,21 13:1
17:17,22 18:3,
8,13,18,23
19:8 22:6,11,
16,21 23:2,7,
12,19

**perform**
49:5,21 50:1
51:10,24

**performed**
49:2 50:6

**period**
32:13 36:12

**perjury**
6:12 68:3

**person**
6:10

**person's**
48:22

**personnel**
62:7

**Peterson**
42:22 43:1,7,
13

**Peterson's**
43:20

**Phillip**
56:14 58:18

**phone**

JOHN PALADINO
June 16, 2022

33:9

**physical**
10:23 15:6
68:7,24 69:6

**physically**
6:7 14:3,22
18:24 20:20
23:13 26:7
69:9

**pick**
4:5

**place**
4:3

**placing**
25:13

**plaintiff**
5:8,21,23 6:3

**play**
25:6

**plead**
9:7,12,18
10:1,15,20
11:5,13,19
12:1 13:10,15,
19,24 14:11,
18,23 15:4,8,
12,23 16:4,7,
12,16,21 17:1,
4,9,14,19,24
18:5,10,15,20
19:1,12,16
20:2,6,10,13,
17,22 21:3,8,
12,17,22 22:3,
8,13,18,23
23:4,9,16,23
24:12,18,22
25:4,10,17,21
26:1,5,11,17,
21 27:3,9,13
28:8,14,20
29:2,6,12,18,

24 30:6,12,18,
23 31:5,11,19
32:1 33:7,13,
19 34:1,5,12,
18 35:1,5,12,
19 36:2,8,15,
19 37:2,8,14,
19 38:2,9,13,
20 39:2,8,12,
19 40:1,5,12,
18,24 41:5,9,
16,22 42:4,11,
18,23 43:5,11,
17,24 44:4,10,
17,23 45:5,11,
18,23 46:5,11,
16,23 47:6,12,
18,24 48:6
50:14,17 51:8
52:9,15,20
53:1,4,15,21,
24 54:18,23
55:3,7 56:20,
23 60:9 65:13,
20 66:3,13
67:15,24 68:8,
20 69:2,7,11,
19 70:3,11
72:2,9,16,24
73:8,15,21
74:7

**please**
4:4 6:4,16
27:24 66:24
74:16

**point**
7:15 15:20
47:14 63:19

**pointed**
25:7 70:7

**police**
7:18 8:17 9:6,
11,17,21 11:22
12:8 13:13,18,

23 14:3,13
15:2,16,21
16:2,11 17:12
22:1 47:10
54:17 65:3,9,
16,17 66:1,6,
11 67:9 69:1

**portion**
32:16

**position**
52:10

**practice**
10:22 11:8

**preface**
53:9

**preparation**
63:3,7,10

**presence**
4:9

**present**
5:20 6:7 32:16
53:18,19

**prior**
14:13 54:24
63:3 66:21
67:2

**private**
4:6,7

**privileges**
8:21

**problem**
27:16

**proceed**
24:8 27:24
32:22 59:20
66:24 70:23
74:16

**proceeding**
4:22

**produce**
32:15

**profound**
68:16

**provide**
42:20

**provided**
53:14

**Ptak**
62:15 64:3

**pull**
46:18 72:4

**punch**
43:7

**purpose**
4:9

**push**
33:21

**put**
29:20 35:21
48:18

---

**Q**

**question**
8:20 9:2 51:23
54:13 55:11,
14,16 60:20
64:12 71:2,17

**questioned**
10:24 26:8,24
27:6,12 28:11,
17,23 30:3,15
31:2 33:4,10,
16 35:22 36:5
41:19 42:1
72:19

**questioning**
7:11 10:19
14:4,22 15:3

24:20 26:3,19
29:9,15 30:9
33:22 34:15,22
39:5,15,22
40:8 41:2 42:8
43:2,8,14,21
44:7,13,20
45:8,14 46:2
47:3,15,21

**questions**
33:1 75:1,2,3

**quick**
8:6 24:1

**quiet**
8:8

**quote**
42:13 67:10

---

R

**racial**
30:8

**railroad**
72:13

**read**
61:21 62:1
63:17,22 64:4

**reading**
62:13,16,22

**Ready**
6:22

**real**
24:1

**recall**
12:15,23
13:17,21
24:10,20 26:3,
7,19 49:19
50:4,5,24 51:3
57:5,20,23
58:2,5,8,11,

14,17,20,23
59:2 63:5,6,
12,17,23 64:4,
9,11,23 73:2

**recalling**
59:4

**receive**
14:2,14,21
15:2

**received**
9:5 13:22
73:12

**recent**
67:4

**recognized**
68:11

**recollection**
12:7 59:7
62:2,17,22
63:2

**recommendations**
66:7

**record**
4:1,4 5:6 6:18
24:4,7 27:20,
23 28:3 32:5,
12,21 59:16,19
66:9,17,23
70:19,22 71:8,
15 74:3,10,15
75:11

**recorded**
4:21 32:7
66:18 71:11
74:12

**recording**
4:2,10 32:19
71:6

**reference**
62:5

**referring**
51:21

**refers**
62:9

**reform**
66:10

**refuse**
42:6

**Regan**
53:23

**regarding**
67:3

**regret**
68:16

**related**
5:1 49:5 71:20

**relates**
48:11 54:4
55:10

**relation**
68:23

**relief**
65:23

**remote**
4:9,20

**remotely**
6:8

**remove**
4:14

**repeat**
51:19 64:12

**report**
61:10 62:1,16,
22 63:18,22
64:5,24 67:9

**reporter**
5:3,6,17 6:5
11:2 13:7
27:15 32:4,14

**51:19 62:19**
66:16 67:4
71:8 74:9,18

**reporter's**
74:20

**reporting**
6:8,15

**reports**
12:8,24 59:6

**represent**
7:10

**representation**
51:15

**reserve**
75:6

**respectfully**
8:19 9:7,12,18
10:1,15,20
11:5,13,19
12:1 13:10,15,
19,24 14:11,
18,23 15:4,8,
12,23 16:4,7,
12,16,21 17:1,
4,9,14,19,24
18:5,10,15,20
19:1,12,16
20:2,6,10,13,
17,22 21:3,8,
12,17,22 22:3,
8,13,18,23
23:4,9,16,23
24:12,18,22
25:4,10,17,21
26:1,5,11,17,
21 27:3,9,13
28:8,14,20
29:2,6,12,18,
24 30:6,12,18,
23 31:5,11,19
32:1 33:7,13,
19 34:1,5,12,

JOHN PALADINO
June 16, 2022

18 35:1,5,12,
19 36:2,8,15,
19 37:2,8,14,
19 38:2,9,13,
20 39:2,8,12,
19 40:1,5,12,
18,24 41:5,9,
16,22 42:4,11,
18,23 43:5,11,
17,24 44:4,10,
17,23 45:5,11,
18,23 46:5,11,
16,23 47:6,12,
18,24 48:6
50:14,17 51:8
52:8,15,20,24
53:4,15,21,24
54:18,22 55:3,
7 56:19,22
60:9 65:13,19
66:3,13 67:15,
24 68:8,19
69:2,7,11,19
70:3,11 72:2,
9,16,24 73:8,
15,21 74:7

**restoration**
  66:10

**result**
  69:5

**retire**
  7:21

**retired**
  7:18

**review**
  75:8

**reviewing**
  12:7,24 59:6

**revolver**
  25:1,7,23,24
  35:21 70:7

**ribs**

35:14

**Richardson**
  45:3,7,15

**right**
  4:20 24:2
  51:21,23 55:20
  60:6,13 61:1
  62:9 64:15

**rights**
  8:21 69:5
  73:20

**room**
  6:7 63:15,21
  64:1

**roulette**
  25:6

**Rusnak**
  56:4 58:9

**Russian**
  25:6

─────────────

           **S**
─────────────

**sad**
  68:13

**Sandy**
  44:3,6,12,19

**Saunders**
  46:14 47:2
  71:4,19,20,22
  72:11

**Saunders'**
  72:5

**Saunders's**
  46:19

**saying**
  8:2,10 62:12

**Schroeder**
  4:24

**screen**
  4:18

**screens**
  4:12

**second**
  8:6 50:2,4,5
  51:12,13,14
  52:1,3,6

**section**
  8:24 62:7

**see**
  5:14 32:4
  64:24 70:17

**self-**
**incrimination**
  8:22

**sensitive**
  4:5

**sergeant**
  55:23

**serve**
  66:12

**service**
  15:20 16:2,10
  19:15,23 20:5
  25:24 35:21
  70:7

**setting**
  4:14

**settled**
  73:18

**settlement**
  74:1

**Shadid**
  26:3,8,13

**shameful**
  68:17

**shift**
  64:14

**shock**
  38:4 41:18

**shocks**
  69:23

**shot**
  72:13

**sic**
  11:22 35:22

**sides**
  67:13,20

**signature**
  75:7

**silver**
  25:1,23

**sir**
  60:21

**sit**
  42:14

**sitting**
  51:2,5

**skin**
  44:13

**slam**
  45:7

**slap**
  24:15 28:22
  46:1 72:11

**sound**
  27:16

**south**
  67:13,20

**speak**
  14:8

**speaker**
  4:12

**spell**
  7:13

JOHN PALADINO
June 16, 2022

spelled
 7:16

spoke
 58:12 59:4

spoken
 58:15,18,21,24
 59:23

spotlight
 4:14

spotlighted
 4:11

squad
 48:10,13,23

Stanley
 24:11,15

starting
 15:14,15

state
 5:5 9:1 64:24
 65:21,22

stated
 67:9

States
 8:23

stating
 6:17 60:19

steel
 34:21

stenographic
 32:8 66:19
 71:12 74:13

stick
 42:15

stipulate
 32:17 67:5

stipulation
 32:11 66:21
 67:3 74:19

stomach
 39:4 41:2

Stroth
 5:20

suck
 42:14

sued
 69:4

suffocate
 25:13

supervised
 67:11

supervision
 66:2

supervisor
 21:10

supplementary
 61:10

Support
 5:1,4

suppose
 8:2

suspect
 12:5,14,19
 15:7,11 24:11,
 20 69:4,10,15,
 24 70:8 73:20

suspects
 11:8,16,23,24
 12:10,22 13:3
 14:4,15,22
 15:3 65:9,17
 68:7,12

suspension
 73:3,11

swear
 5:7 6:4,22

sworn
 6:24 7:2

---

T

table
 45:8

take
 4:3,18 23:24
 32:4 51:15
 52:10 59:9
 61:12

taken
 24:6 27:22
 32:6 59:18
 70:21 71:10
 72:12 74:11

taking
 48:23

talk
 52:19,23 56:24
 57:7,18 59:7

talked
 57:5,12,21,24
 58:3,6,9

talking
 32:24 53:11
 63:2,5 75:4

task
 66:6 67:9

tearing
 72:5

technical
 28:1 51:17
 66:7 74:1,17

technological
 75:7

tell
 20:24 42:13
 60:13

telling
 8:3,4,11

ten
 59:13

ten-day
 73:3,11

ten-minute
 59:9

tend
 9:3

Terrence
 5:24 6:21
 32:10 67:2

testified
 7:3

testify
 68:21 69:14,22
 70:6

testifying
 60:17

testimony
 6:11 8:14,16
 9:4,9,14 16:1,
 9,14,18 17:6,
 11,16,21 18:2,
 7,12,17,22
 19:7,14,22,24
 20:4 21:5,14,
 19,24 22:5,10,
 15,20 23:1,6,
 11,18 28:6
 29:4 30:20
 31:21 32:16
 34:3 35:3
 36:17 37:16
 38:11 39:10
 40:3 41:7
 42:21 44:2
 45:2,20 46:13
 47:8 52:11
 67:17 73:10,23

Thank
 67:6 74:23
 75:4,5

JOHN PALADINO
June 16, 2022

Thanks
59:15

thighs
35:15

think
8:9 74:18

third
50:5 51:16,17,
20

thirty
52:6

Thompson
28:7,10,16,22

thought
65:6

threaten
24:24 30:2
36:4 43:19

thumb
42:14

time
12:23 24:5,8
27:21,24 32:5,
13,22 52:12,13
53:18 54:20
57:3,12 59:17,
20 64:3 66:17,
24 70:20,23
71:9,15,21
72:19 74:10,16
75:10

times
28:23

title
13:12 54:10

titles
9:15

today
8:14 9:5,10
16:2,10,19

17:7,12 30:20
31:22 44:2
52:11 67:18
68:22 70:6
73:23

today's
75:9

toilet
33:22 51:5

told
15:14

Tony
35:4,8,14,22
36:4,10

top
50:5 51:13

Torrence
30:21 31:1,8
33:2,3,9,15

Torrence's
33:21

torture
15:3,10 61:2
65:4,9,17,23,
24 67:19 68:5,
6,11,23

tortured
11:16 19:9
23:20 67:12
69:14

torturing
11:9 14:15

tracks
72:13

training
8:17 9:5
13:17,21 14:2,
14,21 15:3

transcribed
28:2 32:8

66:8,19 71:5,
12 74:2,13

transcript
32:15

Travis
45:3,7,14

treatment
68:17

true
19:18 34:7
35:7 36:21
37:21 38:15
39:14 40:7
41:11 45:13

trust
66:11

truth
8:3,11 60:13

truthful
8:13,16 9:4,9,
14 16:1,9,14,
18 17:6,11,16,
21 18:2,7,12,
17,22 19:7,14,
22 20:4 21:5,
14,19,24 22:5,
10,15,20 23:1,
6,11,18 28:5
29:4 30:20
31:21 34:3
35:3 36:17
37:16 38:11
39:10 40:3
41:7 42:20
44:2 45:2,20
46:13 47:8
52:11 67:17
73:10,23

truthfully
68:21 69:14,22
70:6

try
14:8 24:1

two
12:8,9,21,24

two-day
36:12

typeface
62:4,8

typewriter
25:12

___

U

unaware
60:15,16

unconscious
24:15

understand
15:6,10 49:4
54:13 57:10
60:2 64:13

United
8:23

upper
4:19

UTC
4:2 24:5,8
27:21,24 32:5,
22 59:17,20
66:17,24
70:20,23 71:9,
15 74:10,16
75:10

___

V

verbally
6:11

versus
4:23

JOHN PALADINO
June 16, 2022

Victor
  56:10 58:12

video
  4:2,10,11,16,
  21 32:15,20

videographer
  4:1,24 24:4,7
  27:20,23 32:3,
  18,21 59:16,19
  66:15,23
  70:19,22 71:7,
  14 74:8,15
  75:9

view
  4:12,19

violation
  69:4 73:19

         W

waive
  6:14

want
  4:17 71:19

Wash
  10:5 12:4,13
  19:20 20:1
  31:15,24 48:4,
  9,20 49:7
  52:18 53:8

water
  36:11

Welton
  36:18,22 37:4,
  10

went
  20:16,20 48:22
  64:6

west
  67:13,20

whispering
  4:5

Wiggins
  41:8,13,19,24
  42:8,13 72:19,
  20 74:4

Wiggins'
  42:6

wiling
  31:21

William
  5:22 55:9,14,
  16,18 57:21

wind
  70:17

window
  33:16

witness
  4:10,11,13,18
  5:7,14 6:4,11,
  22,24 11:4,12,
  18 13:9 14:10,
  17 19:11
  23:15,22 24:17
  25:3,9,16
  26:10,16 27:2,
  8 28:13,19
  29:1,11,17,23
  30:5,11,17
  31:4,10 33:6,
  12,18,24
  34:11,17,24
  35:11,18 36:1,
  7,14 37:1,7,13
  38:1,8,19
  39:1,7,18,24
  40:11,17,23
  41:4,15,21
  42:3,10,17
  43:4,10,16,23
  44:9,16,22
  45:10,17 46:4,

10,22 47:5,17,
23 48:13 51:7,
20 54:6,14
55:12 60:8,16,
22 61:5,17
62:21 65:12
67:23 69:18
70:2,10 72:1,
8,15,23 73:7,
14 74:6 75:12

words
  70:13

work
  20:16,20 48:4,
  10,13,18 64:17

worked
  17:7,8,12,17,
  22 18:3,8
  21:16,20 22:1,
  6,11,16,21

working
  15:21 16:20,24
  19:18,23 21:2,
  6,11 68:12

write
  50:23

writing
  50:19,22

written
  51:1,4

         Y

Yeah
  27:18 59:11
  61:16 65:8

year
  15:18