**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-04152 |
| | ) | |
| vs. | ) | Honorable Jeffrey I. Cummings |
| | ) | |
| CITY OF CHICAGO, et al, | ) | Honorable M. David Weisman |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' STATUS REPORT**

Defendants, through their respective undersigned counsel, and pursuant to Magistrate Judge Weisman's December 2, 2024 order (Dkt. 529), respectfully submit the following:

Defendants declined to sign off on Plaintiff's proposed joint status report because Plaintiff insisted on including information the Court did not ask for and that would require Defendants to expend unnecessary time and resources correcting mistakes in Plaintiff's status report and rehashing substantive information, including: why Plaintiff was not wrongfully convicted; evidence of Plaintiff's guilt for the subject double homicide; and ultimately why in Defendants' view the case has not resolved. The status is as follows:

The parties were unable to reach a resolution of the case at the last settlement conference held on November 30, 2023 (Dkt. 408) or in the follow-up *ex parte* communications held with Magistrate Judge Weisman in March 2024. (Dkt. 418). Since that time, among other things, the parties have fully briefed the Defendant Officers' motion for summary judgment (Dkt. 485) and multiple *Daubert* motions. Judge Cummings also entered an order bifurcating the *Monell* claim from the claims against the Defendant Officers (Dkt. 527) and indicated he may set this matter for trial against the Defendant Officers to begin on April 28, 2025 (although no formal order to that

1

effect has been entered as of this time).

Respectfully Submitted,

/s/ *Daniel M. Noland*
Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Daniel J. Burns
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, IL 60606
tburns@burnsnoland.com
dnoland@burnsnoland.com
pmichalik@burnsnoland.com
dburns@burnsnoland.com

*Attorneys for Defendant City of Chicago*

/s/ *Kelly M. Olivier*
Andrew M. Hale
Shawn Barnett
Barrett Boudreaux
Kelly M. Olivier
Hale & Monico LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604
ahale@halemonico.com
sbarnett@halemonico.com
bboudreaux@halemonico.com
kolivier@halemonico.com

*Attorney for Individual Defendants*

## CERTIFICATE OF SERVICE

I, Kelly M. Olivier, an attorney, hereby certify that on January 27, 2025, I electronically filed the foregoing, DEFENDANTS' STATUS REPORT, with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

*/s/ Kelly M. Olivier*