UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-04152 |
| | ) | |
| v. | ) | Hon. Jeffrey I. Cummings |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JOEL BRODSKY, | ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES GIBSON, | ) | |
| | ) | |
| Defendant. | ) | |

**OPPOSED MOTION TO LIFT STAY**

Intervenor Joel Brodsky ("Brodsky" or "Intervenor"), by and through his undersigned counsel, hereby respectfully requests that the Court lift the stay of his intervening complaint (Dkt. 197) and in support thereof, states as follows.

1. Brodsky filed an intervening complaint seeking to be paid for the valuable and substantial legal services rendered to Plaintiff James Gibson ("Gibson") that resulted in Gibson's exoneration and the filing of the instant lawsuit.

2. Brodsky was granted to leave to intervene, and the Court stayed all proceedings related to Brodsky's intervening complaint so as not to interfere with resolution of Gibson's claims. (Dkt. 197.)

3. It appears that Gibson has settled his claims with the City. (Dkt. 644.)

4. Accordingly, the stay of Brodsky's intervening complaint should be lifted so that this matter can be fully and completely resolved, especially given that no final judgment can be achieved until Brodsky's intervening complaint is resolved.

5. The undersigned counsel reached out to counsel of record to ascertain whether they oppose the relief requested herein, but as of the time of filing this motion, such counsel have not responded and therefore the undersigned does not know whether opposing counsel desire to file a responsive brief.

WHEREFORE, for the foregoing reasons, Intervenor Joel Brodsky respectfully requests that the Court lift the stay, set a deadline for Gibson to answer the intervening complaint, and grant all other appropriate relief.

Respectfully Submitted,

/s/ Michael Kozlowski

Michael Kozlowski (ARDC No. 6320950)
321 N. Clark Street, Suite 1930
Chicago IL 60654
(312) 319-7682
michael.kozlowski@esbrook.com

*Attorney for Joel Brodsky*